**CERTIFICATION**

I, Khan M. Hasan, hereby certify and swear as follows:

1. I have reviewed a complaint against Twitter, Inc. alleging violations of the securities laws and authorize the filing of the complaint;
2. I am willing to serve as a representative party on behalf of a class, or to be a member of a group representing a class, including providing testimony at deposition and trial, if necessary;
3. I have not within the 3-year period preceding the date hereof sought to serve, or served, as a representative party on behalf of a class in an action brought under the federal securities laws;
4. My transactions in Twitter's common stock during the proposed class period are set forth below:

| Security | Transaction | Trade Date | Shares | Price per Share |
|---|---|---|---|---|
| TWTR | Purchase | 10/21/19 | 1,100 | $39.84 |

5. I did not purchase Twitter's common stock at the direction of my counsel or in order to participate in any private action under the federal securities laws; and
6. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Date: __October 29__, 2019

_Khan Hasan_
KHAN M. HASAN