**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
*lking@kaplanfox.com*
Mario M. Choi (SBN 243409)
*mchoi@kaplanfox.com*
350 Sansome Street, Suite 400
San Francisco, CA  94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707

**KAPLAN FOX & KILSHEIMER LLP**
Robert N. Kaplan (to be admitted *pro hac vice*)
*rkaplan@kaplanfox.com*
Frederic S. Fox (to be admitted *pro hac vice*)
*ffox@kaplanfox.com*
Donald R. Hall (to be admitted *pro hac vice*)
*dhall@kaplanfox.com*
Jeffrey P. Campisi (to be admitted *pro hac vice*)
*jcampisi@kaplanfox.com*
850 Third Avenue, 14th Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

*Attorneys for Plaintiff Khan M. Hasan*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| KHAN M. HASAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>Defendants. | Case No. 4:19-cv-07149-YGR<br><br>CLASS ACTION<br><br>**CERTIFICATION OF INTERESTED PARTIES OR PERSONS**<br><br>**Civ. L.R. 3-15** |

Pursuant to Civil Local Rule 3-15, the undersigned certifies that, as of this date, other than the named parties, there is no such interest to report.

Dated: November 4, 2019    **KAPLAN FOX & KILSHEIMER LLP**

By:   /s/ Mario M. Choi
        Mario M. Choi

Laurence D. King (SBN 206423)
*lking@kaplanfox.com*
Mario M. Choi (SBN 243409)
*mchoi@kaplanfox.com*
350 Sansome Street, Suite 400
San Francisco, CA  94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707

**KAPLAN FOX & KILSHEIMER LLP**
Robert N. Kaplan (to be admitted *pro hac vice*)
*rkaplan@kaplanfox.com*
Frederic S. Fox (to be admitted *pro hac vice*)
*ffox@kaplanfox.com*
Donald R. Hall (to be admitted *pro hac vice*)
*dhall@kaplanfox.com*
Jeffrey P. Campisi (to be admitted *pro hac vice*)
*jcampisi@kaplanfox.com*
850 Third Avenue, 14th Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

*Attorneys for Plaintiff Khan M. Hasan*