LATHAM & WATKINS LLP
Michele D. Johnson (Bar No. 198298)
   *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

Elizabeth L. Deeley (Bar No. 230798)
   *elizabeth.deeley@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Hilary H. Mattis (Bar No. 271498)
   *hilary.mattis@law.com*
140 Scott Drive
Menlo Park, CA 94025-1008
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Andrew B. Clubok (*pro hac vice* to be filed)
   *andrew.clubok@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

Attorney for Defendants *Twitter, Inc., Jack Dorsey and Ned Segal*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KHAN M. HASAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>Defendant. | Case No.: 4:19-cv-07149-YGR<br><br>**NOTICE OF APPEARANCE MICHELE D. JOHNSON**<br><br>Hon: Yvonne Gonzales Rogers |

1  TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:

2  PLEASE TAKE NOTICE that Michele D. Johnson of LATHAM & WATKINS LLP
3  hereby enters her appearance in the above-captioned matter as counsel for Defendants Twitter,
4  Inc. ("Twitter"), Jack Dorsey and Ned Segal.  She respectfully requests that all pleadings,
5  notices, orders, correspondence and other papers in connection with this action be served upon
6  her at the following address:

    Michele D. Johnson
    Latham & Watkins LLP
    650 Town Center Drive, 20th Floor
    Costa Mesa, California 92626-1925
    Telephone:  +1.714.540.1235
    Facsimile:  +1.714.755.8290
    Email:  michele.johnson@lw.com

DATED: November 22, 2019         LATHAM & WATKINS LLP

                                 By:    /s/ Michele D. Johnson
                                    Michele D. Johnson
                                    650 Town Center Drive, 20th Floor
                                    Costa Mesa, California 92626-1925
                                    Telephone:  +1.714.540.1235
                                    Facsimile:  +1.714.755.8290
                                    michele.johnson@lw.com

                                    Attorney for Defendants *Twitter, Inc., Jack Dorsey and Ned Segal*