LATHAM & WATKINS LLP
Michele D. Johnson (Bar No. 198298)
   *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

Elizabeth L. Deeley (Bar No. 230798)
   *elizabeth.deeley@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Hilary H. Mattis (Bar No. 271498)
   *hilary.mattis@law.com*
140 Scott Drive
Menlo Park, CA 94025-1008
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Andrew B. Clubok (*pro hac vice* to be filed)
   *andrew.clubok@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

Attorney for Defendants *Twitter, Inc.,
Jack Dorsey and Ned Segal*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KHAN M. HASAN, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>          v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br>          Defendant. | Case No.: 4:19-cv-07149-YGR<br><br>**NOTICE OF APPEARANCE<br>ELIZABETH L. DEELEY**<br><br><br>Hon: Yvonne Gonzales Rogers |

TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:

PLEASE TAKE NOTICE that Elizabeth L. Deeley of LATHAM & WATKINS LLP hereby enters her appearance in the above-captioned matter as counsel for Defendants Twitter, Inc. ("Twitter"), Jack Dorsey and Ned Segal.  She respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon her at the following address:

>Elizabeth L. Deeley
>Latham & Watkins LLP
>505 Montgomery Street, Suite 2000
>San Francisco, California 94111-6538
>Telephone:  +1.415.391.0600
>Facsimile:  +1.415.395.8095
>Email:  elizabeth.deeley@lw.com

DATED: November 22, 2019               LATHAM & WATKINS LLP

By:     /s/ Elizabeth L. Deeley
Elizabeth L. Deeley
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095
*elizabeth.deeley@lw.com*

Attorney for Defendants *Twitter, Inc., Jack Dorsey and Ned Segal*