| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   | Michele D. Johnson (Bar No. 198298) |
| 2 |   *michele.johnson@lw.com* |
|   | 650 Town Center Drive, 20th Floor |
| 3 | Costa Mesa, California 92626-1925 |
|   | Telephone: +1.714.540.1235 |
| 4 | Facsimile: +1.714.755.8290 |
| 5 | Elizabeth L. Deeley (Bar No. 230798) |
|   |   *elizabeth.deeley@lw.com* |
| 6 | 505 Montgomery Street, Suite 2000 |
|   | San Francisco, California 94111-6538 |
| 7 | Telephone: +1.415.391.0600 |
|   | Facsimile: +1.415.395.8095 |
| 8 | |
|   | Hilary H. Mattis (Bar No. 271498) |
| 9 |   *hilary.mattis@law.com* |
|   | 140 Scott Drive |
| 10 | Menlo Park, CA 94025-1008 |
|   | Telephone: +1.650.328.4600 |
| 11 | Facsimile: +1.650.463.2600 |
| 12 | Andrew B. Clubok (*pro hac vice* to be filed) |
|   |   *andrew.clubok@lw.com* |
| 13 | 555 Eleventh Street, N.W., Suite 1000 |
|   | Washington, D.C. 20004-1304 |
| 14 | Telephone: +1.202.637.2200 |
|   | Facsimile: +1.202.637.2201 |
| 15 | |
|   | Attorney for Defendants *Twitter, Inc.,* |
| 16 | *Jack Dorsey and Ned Segal* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KHAN M. HASAN, on behalf of himself and all others similarly situated, | Case No.: 4:19-cv-07149-YGR |
| Plaintiff, | **TWITTER, INC.'S CERTIFICATION OF INTERESTED PARTIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |
| v. | |
| TWITTER, INC., JACK DORSEY, and NED SEGAL, | Hon: Yvonne Gonzales Rogers |
| Defendants. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

TWITTER, INC.'S CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
Case No.: 4:19-cv-07149-YGR

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Civil Local Rule 3-15, Twitter, Inc. certifies that, other than the named parties in this action, it knows of no persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities that have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

DATED:  November 22, 2019

LATHAM & WATKINS LLP

*/s/ Michele D. Johnson*
Michele D. Johnson (Bar No. 198298)
    michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone:  +1.714.540.1235
Facsimile:  +1.714.755.8290

Elizabeth L. Deeley (Bar No. 230798)
    elizabeth.deeley@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095

Hilary H. Mattis (Bar No. 271498)
    hilary.mattis@law.com
140 Scott Drive
Menlo Park, CA 94025-1008
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Andrew B. Clubok (*pro hac vice* to be filed)
    andrew.clubok@lw.com
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

Attorney for Defendants *Twitter, Inc., Jack Dorsey and Ned Segal*