| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Michele D. Johnson (Bar No. 198298) |
| 2 |    *michele.johnson@lw.com* |
| | 650 Town Center Drive, 20th Floor |
| 3 | Costa Mesa, California 92626-1925 |
| | Telephone: +1.714.540.1235 |
| 4 | Facsimile: +1.714.755.8290 |
| 5 | Elizabeth L. Deeley (Bar No. 230798) |
| |    *elizabeth.deeley@lw.com* |
| 6 | 505 Montgomery Street, Suite 2000 |
| | San Francisco, California 94111-6538 |
| 7 | Telephone: +1.415.391.0600 |
| | Facsimile: +1.415.395.8095 |
| 8 | |
| 9 | Hilary H. Mattis (Bar No. 271498) |
| |    *hilary.mattis@law.com* |
| 10 | 140 Scott Drive |
| | Menlo Park, CA 94025-1008 |
| 11 | Telephone: +1.650.328.4600 |
| | Facsimile: +1.650.463.2600 |
| 12 | Andrew B. Clubok (*pro hac vice* to be filed) |
| |    *andrew.clubok@lw.com* |
| 13 | 555 Eleventh Street, N.W., Suite 1000 |
| | Washington, D.C. 20004-1304 |
| 14 | Telephone: +1.202.637.2200 |
| | Facsimile: +1.202.637.2201 |
| 15 | |
| 16 | Attorney for Defendants *Twitter, Inc., Jack Dorsey and Ned Segal* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KHAN M. HASAN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>    Defendants. | Case No.: 4:19-cv-07149-YGR<br><br>**JACK DORSEY'S CERTIFICATION OF INTERESTED PARTIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15**<br><br>Hon: Yvonne Gonzales Rogers |

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

DORSEY'S CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
Case No.: 4:19-cv-07149-YGR

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Civil Local Rule 3-15, Jack Dorsey certifies that, other than the named parties in this action, it knows of no persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities that have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

DATED:  November 22, 2019        LATHAM & WATKINS LLP

*/s/ Michele D. Johnson*
Michele D. Johnson (Bar No. 198298)
    michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone:  +1.714.540.1235
Facsimile:  +1.714.755.8290

Elizabeth L. Deeley (Bar No. 230798)
    elizabeth.deeley@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095

Hilary H. Mattis (Bar No. 271498)
    hilary.mattis@law.com
140 Scott Drive
Menlo Park, CA 94025-1008
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Andrew B. Clubok (*pro hac vice* to be filed)
    andrew.clubok@lw.com
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

Attorney for Defendants *Twitter, Inc., Jack Dorsey and Ned Segal*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DORSEY'S CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
Case No.: 4:19-cv-07149-YGR