```
 1  LATHAM & WATKINS LLP
    Michele D. Johnson (Bar No. 198298)
 2     michele.johnson@lw.com
    650 Town Center Drive, 20th Floor
 3  Costa Mesa, California 92626-1925
    Telephone: +1.714.540.1235
 4  Facsimile: +1.714.755.8290

 5  Elizabeth L. Deeley (Bar No. 230798)
       elizabeth.deeley@lw.com
 6  505 Montgomery Street, Suite 2000
    San Francisco, California 94111-6538
 7  Telephone: +1.415.391.0600
    Facsimile: +1.415.395.8095
 8
    Hilary H. Mattis (Bar No. 271498)
 9     hilary.mattis@law.com
    140 Scott Drive
10  Menlo Park, CA 94025-1008
    Telephone: +1.650.328.4600
11  Facsimile: +1.650.463.2600

12  Andrew B. Clubok (*pro hac vice* to be filed)
       andrew.clubok@lw.com
13  555 Eleventh Street, N.W., Suite 1000
    Washington, D.C. 20004-1304
14  Telephone: +1.202.637.2200
    Facsimile: +1.202.637.2201
15
    Attorney for Defendants *Twitter, Inc.,*
16  *Jack Dorsey and Ned Segal*

17
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KHAN M. HASAN, on behalf of himself and all others similarly situated,<br><br>         Plaintiff,<br><br>    v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>         Defendants. | Case No.: 4:19-cv-07149-YGR<br><br>**NED SEGAL'S CERTIFICATION OF INTERESTED PARTIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15**<br><br>Hon: Yvonne Gonzales Rogers |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SEGAL'S CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
Case No.: 4:19-cv-07149-YGR

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Civil Local Rule 3-15, Ned Segal certifies that, other than the named parties in this action, it knows of no persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities that have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

DATED:  November 22, 2019

LATHAM & WATKINS LLP

*/s/ Michele D. Johnson*
Michele D. Johnson (Bar No. 198298)
  michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone:  +1.714.540.1235
Facsimile:  +1.714.755.8290

Elizabeth L. Deeley (Bar No. 230798)
  elizabeth.deeley@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095

Hilary H. Mattis (Bar No. 271498)
  hilary.mattis@law.com
140 Scott Drive
Menlo Park, CA 94025-1008
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Andrew B. Clubok (*pro hac vice* to be filed)
  andrew.clubok@lw.com
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

Attorney for Defendants *Twitter, Inc., Jack Dorsey and Ned Segal*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

SEGAL'S CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
Case No.: 4:19-cv-07149-YGR