LATHAM & WATKINS LLP
Michele D. Johnson (Bar No. 198298)
  *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

Elizabeth L. Deeley (Bar No. 230798)
  *elizabeth.deeley@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Hilary H. Mattis (Bar No. 271498)
  *hilary.mattis@law.com*
140 Scott Drive
Menlo Park, CA 94025-1008
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Andrew B. Clubok (*pro hac vice* to be filed)
  *andrew.clubok@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

Attorney for Defendants *Twitter, Inc., Jack Dorsey and Ned Segal*

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KHAN M. HASAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>Defendants. | Case No.: 4:19-cv-07149-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCES**<br><br>(Civil L.R. 6-1, 6-2, 7-12)<br><br>Hon: Yvonne Gonzales Rogers |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND [PROPOSED] ORDER TO EXTEND TIME
TO RESPOND TO COMPLAINT AND CONTINUING CMC
Case No.: 4:19-cv-07149-YGR

1  **WHEREAS**, this action is a proposed class action alleging violations of the federal securities laws against Twitter, Inc. ("Twitter"), Jack Dorsey and Ned Segal (collectively "Defendants").

**WHEREAS**, absent an extension, Twitter would be due to answer, move, or otherwise respond to the *Hasan* Complaint on November 22, 2019;

**WHEREAS**, absent an extension, defendants Jack Dorsey and Ned Segal would be due to answer, move, or otherwise respond to the *Hasan* Complaint on November 29, 2019;

**WHEREAS**, on October 30, 2019, this Court issued an Initial Case Management Scheduling Order and SEC Class Action Notice, setting the Initial Case Management Conference for January 27, 2020 at 2:00 p.m. (Dkt. 5);

**WHEREAS**, this action is subject to the requirements of the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995) (the "Reform Act"), which sets forth specialized procedures for the administration of securities class actions;

**WHEREAS**, the Reform Act provides for the appointment of a lead plaintiff to act on behalf of the purported class, and further provides that the appointment of lead plaintiff shall not be made until after a decision on a motion to consolidate is rendered (15 U.S.C. 78u-4(a)(3)(B)(ii));

**WHEREAS**, the last day to file motions to serve as lead plaintiff is December 30, 2019. (Dkts. 5, 7);

**WHEREAS**, the parties expect a consolidated complaint will be filed after the determination of the lead plaintiff motions;

**WHEREAS,** Defendants anticipate filing motions to dismiss the claims asserted against them in response to the consolidated complaint and the parties stipulate and submit below a briefing schedule to the Court in connection with any such motions;

**WHEREAS,** because the special procedures specified in the Reform Act contemplate (i) the consolidation of similar actions, (ii) appointment of lead plaintiff, and (iii) the filing of a single consolidated complaint by lead plaintiff and counsel to be appointed by the Court,

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    STIP. AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT AND
CONTINUING CMC
Case No.: 4:19-cv-07149-YGR

requiring Defendants to respond to the initial *Hasan* Complaint by the current response dates would result in the needless expenditure of private and judicial resources;

**WHEREAS**, pursuant to the Reform Act, unless otherwise ordered by the Court, discovery in this action is stayed during the pendency of any motion to dismiss (15 U.S.C. § 78u-4(b)(3)(B));

**WHEREAS**, counsel for the plaintiffs and defendants in the above-captioned action respectfully submit that good cause exists to vacate the existing January 27, 2020 initial case management conference and associated ADR deadlines until such time as the Court has the opportunity to rule on the appointment of lead plaintiff and approval of lead counsel.

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the parties, that:

1. Defendants do not have to answer, mover or otherwise respond to the current complaint;

2. Within 45 days following the appointment of Lead Plaintiff, a Consolidated Complaint will be filed;

3. Defendants shall move, answer or otherwise respond to the Consolidated Complaint within 45 days after the Consolidated Complaint is filed and served;

4. Lead Plaintiff shall file any opposition to any motion to dismiss within 45 days of Defendants' response to the Consolidated Complaint;

5. Defendants shall file any reply in support of any motion to dismiss within 30 days of Lead Plaintiff's Opposition.

6. The Initial Case Management Conference scheduled for January 27, 2020 be vacated, along with any associated deadlines under the Federal Riles of Civil Procedures and the Local Civil Rules for the United States District Court for the Northern District of California and all associated ADR Multi-Option Program deadlines, to be rescheduled for a date after the Court has the opportunity to rule on the appointment of lead plaintiff and approval of lead counsel.

| | | |
|---|---|---|
| 1 | DATED:  November 22, 2019 | LATHAM & WATKINS LLP |
| 2 | | /s/ Michele D. Johnson |
| | | Michele D. Johnson (Bar No. 198298) |
| 3 | | michele.johnson@lw.com |
| | | 650 Town Center Drive, 20th Floor |
| 4 | | Costa Mesa, California 92626-1925 |
| | | Telephone:  +1.714.540.1235 |
| 5 | | Facsimile:  +1.714.755.8290 |
| 6 | | Elizabeth L. Deeley (Bar No. 230798) |
| | | elizabeth.deeley@lw.com |
| 7 | | 505 Montgomery Street, Suite 2000 |
| | | San Francisco, California 94111-6538 |
| 8 | | Telephone:  +1.415.391.0600 |
| | | Facsimile:  +1.415.395.8095 |
| 9 | | |
| 10 | | Hilary H. Mattis (Bar No. 271498) |
| | | hilary.mattis@law.com |
| 11 | | 140 Scott Drive |
| | | Menlo Park, CA 94025-1008 |
| | | Telephone: +1.650.328.4600 |
| 12 | | Facsimile: +1.650.463.2600 |
| 13 | | Andrew B. Clubok (*pro hac vice* to be filed) |
| | | andrew.clubok@lw.com |
| 14 | | 555 Eleventh Street, N.W., Suite 1000 |
| | | Washington, D.C. 20004-1304 |
| 15 | | Telephone: +1.202.637.2200 |
| | | Facsimile: +1.202.637.2201 |
| 16 | | |
| | | Attorney for Defendants *Twitter, Inc.,* |
| 17 | | *Jack Dorsey and Ned Segal.* |
| 18 | | |
| 19 | DATED:  November 22, 2019 | KAPLAN FOX & KILSHEIMER LLP |
| 20 | | /s/ Frederic S. Fox |
| | | Robert N. Kaplan (to be admitted *pro hac vice*) |
| 21 | | rkaplan@kaplanfox.com |
| | | Frederic S. Fox (to be admitted *pro hac vice*) |
| 22 | | ffox@kaplanfox.com |
| | | Donald R. Hall (to be admitted *pro hac vice*) |
| 23 | | dhall@kaplanfox.com |
| | | Jeffrey P. Campisi (to be admitted *pro hac vice*) |
| 24 | | jcampisi@kaplanfox.com |
| 25 | | 850 Third Avenue, 14th Floor |
| | | New York, NY 10022 |
| 26 | | Tel: +1.212.687.1980 |
| | | Fax: +1.212.687.7714 |
| 27 | | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP. AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT AND
CONTINUING CMC
Case No.: 4:19-cv-07149-YGR

| | |
|---|---|
| 1 | Laurence D. King (SBN 206423) |
| 2 | lking@kaplanfox.com |
|   | Mario M. Choi (SBN 243409) |
| 3 | mchoi@kaplanfox.com |
|   | 350 Sansome Street, Suite 400 |
| 4 | San Francisco, CA 94104 |
|   | Telephone: +1.415.772.4700 |
| 5 | Facsimile: +1.415.772.4707 |

Attorneys for Plaintiff *Khan M. Hasan*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIP. AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT AND
CONTINUING CMC
Case No.: 4:19-cv-07149-YGR

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

4  DATED: November 27, 2019

*[signature]*
Hon. Yvonne Gonzalez Rogers
United States District Court Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

STIP. AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT AND
CONTINUING CMC
Case No.: 4:19-cv-07149-YGR

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Extending Time for All Defendants to Respond to Complaint and Continuing Case Management Conferences.  Pursuant to L.R 5-1(i)(3) regarding signatures, I, Michele D. Johnson, attest that concurrence in the filing of this document has been obtained.

DATED:  November 22, 2019                    */s/ Michele D. Johnson*
                                             Michele D. Johnson

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6     STIP. AND [PROPOSED] ORDER TO EXTEND
      TIME TO RESPOND TO COMPLAINT AND
      CONTINUING CMC
      Case No.: 4:19-cv-07149-YGR