United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| KHAFRE BARCLIFT,<br><br>    Plaintiff,<br><br>    v.<br><br>TWITTER, INC., et al.,<br><br>    Defendants. | Case No. 19-cv-07992-BLF<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is referred to the Honorable Yvonne Gonzalez Rogers for a determination of whether this case is related to *Hasan v. Twitter, Inc. et al*, Case No. 4:19-cv-07149-YGR.

**IT IS SO ORDERED.**

Dated: December 19, 2019

_____
BETH LABSON FREEMAN
United States District Judge