**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
*lking@kaplanfox.com*
Mario M. Choi (SBN 243409)
*mchoi@kaplanfox.com*
1999 Harrison Street, Suite 1560
Oakland, CA  94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707

*Attorneys for Plaintiff Khan M. Hasan*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| KHAN M. HASAN, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>                    Defendants. | Case No. 4:19-cv-07149-YGR<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, effective immediately, the office address for the law firm of Kaplan Fox & Kilsheimer LLP, and its attorneys Laurence D. King and Mario M. Choi, has changed. The new address is:

>KAPLAN FOX & KILSHEIMER LLP
>1999 Harrison Street, Suite 1560
>Oakland, California 94612

Telephone and facsimile numbers and email information remain unchanged. Please revise any proof of service and file information accordingly.

Dated: December 30, 2019

**KAPLAN FOX & KILSHEIMER LLP**

By:  /s/ Mario M. Choi
      Mario M. Choi

Laurence D. King (SBN 206423)
*lking@kaplanfox.com*
Mario M. Choi (SBN 243409)
*mchoi@kaplanfox.com*
1999 Harrison Street, Suite 1560
Oakland, CA  94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707

*Attorneys for Plaintiff Khan M. Hasan*