**LABATON SUCHAROW LLP**
Christopher J. Keller (*pro hac vice* pending)
Eric J. Belfi (*pro hac vice* pending)
Francis P. McConville (*pro hac vice* pending)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for Hakam Altohol and*
*Proposed Lead Counsel for the Class*

**THE SCHALL LAW FIRM**
Brian Schall (#290685)
Rina Restaino (#285415)
1880 Century Park East, Suite 404
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (310) 388-0192
brian@schallfirm.com
rina@schallfirm.com

*Local Counsel for Hakam Altohol*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KHAN M. HASAN, on behalf of himself and all others similarly situated, | Case No. 4:19-cv-07149-YGR |
| Plaintiff, | **CLASS ACTION** |
| v. | **DECLARATION OF FRANCIS P. MCCONVILLE IN SUPPORT OF MOTION OF HAKAM ALTOHOL FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** |
| TWITTER, INC., JACK DORSEY, AND NED SEGAL, | |
| Defendants. | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KHAFRE BARCLIFT, on behalf of himself
and all others similarly situated,

                    Plaintiff,

            v.

TWITTER, INC., JACK DORSEY, AND NED
SEGAL,

                    Defendants.

Case No. 5:19-cv-07992-BLF

I, Francis P. McConville, declare as follows:

I am Of Counsel at Labaton Sucharow LLP ("Labaton Sucharow"), proposed Lead Counsel for the Class.  I submit this declaration in support of the motion filed by Hakam Altohol ("Altohol") for the entry of an Order: (i) consolidating the above-captioned actions pursuant to Rule 42 of the Federal Rules of Civil Procedure; (ii) appointing Altohol as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, *et seq*.; (iii) approving the selection of Labaton Sucharow as Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

Attached as Exhibits A through D are true and correct copies of the following documents:

EXHIBIT A:  Signed Certification of Altohol, pursuant to the requirements of the PSLRA, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:  A chart reflecting Altohol's Class Period transactions in Twitter, Inc. securities and approximate losses;

EXHIBIT C:  Notice of pendency of *Hasan v. Twitter, Inc.*, No. 19-cv-07149 (N.D. Cal.), published on October 30, 2019; and

EXHIBIT D:  Firm resume of Labaton Sucharow.

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: December 30, 2019                         */s/ Francis P. McConville*
                                                  Francis P. McConville

1

**CERTIFICATE OF SERVICE**

2

I HEREBY CERTIFY that on December 30, 2019, I electronically filed the foregoing

3

with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing

4

to all counsel of record.

5

*/s/ Francis P. McConville*
Francis P. McConville

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF FRANCIS P. MCCONVILLE
CASE NO. 4:19-cv-07149-YGR