# Exhibit B

**LOSS ANALYSIS**

**Class Period: 8/6/2019 to 10/23/2019**

**TWITTER, INC.**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| TWTR | 90184L102 | BFLR866 | US90184L1026 | $30.3663 [1] |

**Hakam Altohol**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 09/11/19 | 4,500 | $43.3450 | ($195,052.50) |
| Purchase | 09/20/19 | 3,741 | $43.0000 | ($160,863.00) |
| Purchase | 09/20/19 | 2,935 | $43.1000 | ($126,498.50) |
| Purchase | 10/17/19 | 2,962 | $39.6000 | ($117,295.20) |
| Purchase | 10/22/19 | 5,455 | $39.0000 | ($212,745.00) |
| *Class Period purchases:* | | **19,593** | | **($812,454.20)** |
| | | | | |
| Sale | 09/20/19 | -4,500 | $43.6000 | $196,200.00 |
| Sale | 10/03/19 | -2,935 | $39.2000 | $115,052.00 |
| Sale | 10/03/19 | -3,741 | $39.5000 | $147,769.50 |
| *Class Period sales (matched to Class Period purchases):* | | **-11,176** | | **$459,021.50** |
| | Shares Held: | 8,417 | $30.3663 | $255,593.20 |

|  |  |
|---|---|
| **LIFO Gain/(Loss):** | **($97,839.50)** |
| **Total Shares Bought:** | 19,593 |
| **Total Net Shares:** | 8,417 |
| **Total Net Expenditures:** | **($353,432.70)** |

[1] *Value of shares held is the mean trading price from 10/24/2019 to 12/30/2019.*