POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant
and Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| KHAN M. HASAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>Defendants. | Case No.: 4:19-cv-07149-YGR<br><br>DECLARATION OF JENNIFER PAFITI, ESQ. IN SUPPORT OF MOTION OF THE WESTON FAMILY PARTNERSHIP LLLP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL<br><br><u>CLASS ACTION</u><br><br>Date:  February 4, 2020<br>Time:  2:00 p.m.<br>Judge:  Hon. Yvonne Gonzalez Rogers<br>Courtroom:  1 – 4th Floor |

| | |
|---|---|
| KHAFRE BARCLIFT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>Defendants. | Case No.: 5:19-cv-07992-BLF<br><br>CLASS ACTION |

I, Jennifer Pafiti, Esq., hereby declare as follows:

1. I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of the Weston Family Partnership LLLP (the "Weston Family Partnership" or "Movant"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of the Weston Family Partnership's motion for consolidation of the above-captioned actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of the Weston Family Partnership's selection of Pomerantz as Lead Counsel for the Class.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

> Exhibit A: Loss chart of the Weston Family Partnership;
>
> Exhibit B: Press release published over *PR Newswire* on October 30, 2019, announcing the pendency of the first of the Related Actions to be filed;
>
> Exhibit C: Shareholder Certification executed by Steven Weston on behalf of the Weston Family Partnership; and
>
> Exhibit D: Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on December 30, 2019, at Calabasas, California.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

PROOF OF SERVICE

I hereby certify that on December 30, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

> */s/ Jennifer Pafiti*
> Jennifer Pafiti