# EXHIBIT A

**Twitter, Inc. (TWTR)**
**Class Period: Aug 6, 2019 to Oct 23, 2019**

| Plaintiff | Security Description | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Weston Family Partnership LLLP | | | | | | | | | | | |
| Weston Family Partnership LLLP | Common Stock | 08/15/2019 | 10,000 | $39.9321 | ($399,321) | PreClass | 100,000 | | | | |
| Weston Family Partnership LLLP | Common Stock | 08/15/2019 | 10,000 | $39.8849 | ($398,849) | 10/24/2019 | (150,000) | $30.7500 | $4,612,500 | | |
| Weston Family Partnership LLLP | Common Stock | 08/21/2019 | 30,000 | $43.2733 | ($1,298,199) | | | | | | |
| Weston Family Partnership LLLP | **Common Stock** | | **50,000** | | **($2,096,369)** | | **(150,000)** | | **$4,612,500** | **50,000** | **($558,869)** |
| Weston Family Partnership LLLP | | | | | | | | | | | |
| Weston Family Partnership LLLP | **TWTR $44.50 9/13/2019 Call** | 08/30/2019 | 500 | $0.4374 | ($21,870) | 08/19/2019 | (500) | $0.4200 | $21,000 | 0 | ($870) |
| Weston Family Partnership LLLP | | | | | | | | | | | |
| Weston Family Partnership LLLP | **TWTR $45.00 10/18/2019 Call** | 09/27/2019 | 600 | $0.2928 | ($17,568) | 09/25/2019 | (600) | $0.4971 | $29,826 | 0 | $12,258 |
| Weston Family Partnership LLLP | | | | | | | | | | | |
| Weston Family Partnership LLLP | **TWTR $46.00 10/4/2019 Call** | 09/25/2019 | 366 | $0.0800 | ($2,928) | 09/17/2019 | (366) | $0.4000 | $14,640 | 0 | $11,712 |
| Weston Family Partnership LLLP | | | | | | | | | | | |
| Weston Family Partnership LLLP | TWTR $46.00 10/11/2019 Call | 09/25/2019 | 188 | $0.2200 | ($4,136) | 09/20/2019 | (200) | $0.4300 | $8,600 | | |
| Weston Family Partnership LLLP | TWTR $46.00 10/11/2019 Call | 09/25/2019 | 12 | $0.1900 | ($228) | | | | | | |
| Weston Family Partnership LLLP | **TWTR $46.00 10/11/2019 Call** | | **200** | | **($4,364)** | | **(200)** | | **$8,600** | **0** | **$4,236** |
| Weston Family Partnership LLLP | | | | | | | | | | | |
| Weston Family Partnership LLLP | **TWTR $46.00 10/25/2019 Call** | 10/28/2019 | 500 | Expired | $0 | 10/07/2019 | (500) | $0.5100 | $25,500 | 0 | $25,500 |
| Weston Family Partnership LLLP | | | | | | | | | | | |
| Weston Family Partnership LLLP | TWTR $41.50 9/13/2019 Put | 09/16/2019 | 500 | Expired | $0 | 08/30/2019 | (500) | $0.6600 | $33,000 | 0 | $33,000 |
| **Weston Family Partnership LLLP** | | | **50,000** | | **($2,143,099)** | | **(150,000)** | | **$4,745,066** | **50,000** | **($473,033)** |