POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant
and Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| KHAN M. HASAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>Defendants. | Case No.: 4:19-cv-07149-YGR<br><br>CERTIFICATE OF JENNIFER PAFITI PURSUANT TO LOCAL RULE 3-7(d) |

| | |
|---|---|
| KHAFRE BARCLIFT, on behalf of himself and all others similarly situated,<br><br>                              Plaintiff,<br><br>           v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>                              Defendants. | Case No.: 5:19-cv-07992-BLF<br><br><u>CLASS ACTION</u> |

Pursuant to Northern District Local Rule 3-7(d), I, Jennifer Pafiti, declare as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 30, 2019, at Calabasas, California.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

PROOF OF SERVICE

I hereby certify that on December 30, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

2
CERTIFICATE OF JENNIFER PAFITI PURSUANT TO LOCAL RULE 3-7(d) - 4:19-cv-07149-YGR; 5:19-cv-07992-BLF