POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant
and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| KHAN M. HASAN, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>　　　　　　　　　Defendants. | Case No.: 4:19-cv-07149-YGR<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15 |

| | |
|---|---|
| KHAFRE BARCLIFT, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>　　　　　　　　　　Defendants. | Case No.: 5:19-cv-07992-BLF<br><br><u>CLASS ACTION</u> |

Case 4:19-cv-07149-YGR   Document 30   Filed 12/30/19   Page 3 of 4

Pursuant to Northern District Local Rule 3-15, the undersigned certifies that as of this date, no such interest is known other than that of the named parties to the above-captioned actions and lead plaintiff movant the Weston Family Partnership LLLP.

        /s/ Jennifer Pafiti
        Jennifer Pafiti

        *Counsel for the Weston Family Partnership LLLP*

1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15 - 4:19-cv-07149-YGR; 5:19-cv-07992-BLF

PROOF OF SERVICE

I hereby certify that on December 30, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Jennifer Pafiti*
Jennifer Pafiti