Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:   415-772-4707
*lking@kaplanfox.com*
*mchoi@kaplanfox.com*

Adam C. McCall (SBN 302130)
Adam M. Apton (SBN 316506)
**LEVI & KORSINSKY, LLP**
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 373-1671
Email: amccall@zlk.com
Email: aapton@zlk.com

*Counsel for Movant the Twitter Investor Group*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| KHAN M. HASAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>Defendants. | Case No.: 4:19-cv-07149-YGR<br><br>**CLASS ACTION**<br><br>**DECLARATION OF LAURENCE D. KING IN SUPPORT OF THE TWITTER INVESTOR GROUP'S MOTION FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CO-LEAD COUNSEL**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers<br>Courtroom:  1, 4th Floor<br>Date:  February 4, 2020<br>Time:  2:00 p.m. |

[Additional Caption Below]

| | |
|---|---|
| KHAFRE BARCLIFT, on behalf of himself and all other similarly situated<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>Defendants. | Case No.:  5:19-cv-07992-BLF |

I, Laurence D. King, hereby declare as follows:

1. I am a partner at the law firm of Kaplan Fox & Kilsheimer LLP. I respectfully submit this Declaration in Support of the Twitter Investor Group's Motion for Consolidation of Actions, Appointment as Lead Plaintiff, and Approval of Co-Lead Counsel. If called as a witness, I could and would competently testify thereto to all facts within my personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of the October 30, 2019 Notice of Pendency of this Class Action on *PR Newswire* in connection with the filing of *Hasan v. Twitter, Inc.*, No. 19-cv-07149.

3. Attached hereto as Exhibit 2 is a true and correct copy of the sworn certifications of Thomas Do, Michael J. Conroy, and Richard Slepko, pursuant to the Private Securities Litigation Reform Act of 1995.

4. Attached hereto as Exhibit 3 is a true and correct copy of the signed Joint Declaration of Thomas Do, Michael J. Conroy, and Rich Slepko in Support of the Twitter Investor Group's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Co-Lead Counsel.

5. Attached hereto as Exhibit 4 is a true and correct copy of the chart calculating the losses incurred by the Twitter Investor Group.

6. Attached hereto as Exhibit 5 is a true and correct copy of the firm resume of Kaplan Fox & Kilsheimer LLP.

7. Attached hereto as Exhibit 6 is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

1  I declare under penalty of perjury under the laws of the State of California that the foregoing
2  is true and correct.
3  Executed this 30th day of December 2019, at Oakland, California.

/s/ *Laurence D. King*
Laurence D. King