# Exhibit 4

| Client Name | Thomas Do |
|---|---|
| Company Name | Twitter, Inc. |
| Ticker Symbol | TWTR |
| Security Type | |
| Class Period Start | 08-06-2019 |
| Class Period End | 10-23-2019 |
| 90-DAY Lookback Period Start | 10-24-2019 |
| 90-DAY Lookback Period End | 12-29-2019 |
| 90-DAY Lookback Average | $ 30.33 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST  - T. Do | |
|---|---|
| LIFO Loss Total | $122,215.00 |
| *DURA  LIFO* Total* | $119,920.00 |
| Gross Shares Purchased | 10,000.00 |
| Net Shares Retained | 9,500.00 |
| Net Funds Expended | $421,465.00 |

### Thomas Do

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 09-09-2019 | 2000 | $45.61 | $ 91,220.00 | 10-24-2019 | | 2000 | $ 31.50 | | $ 63,000.00 | 2000 | - | $ 30.33 | | $ 28,220.00 | $ 28,220.00 |
| 09-10-2019 | 1000 | $43.29 | $ 43,290.00 | 10-24-2019 | | 1000 | $ 31.50 | | $ 31,500.00 | 1000 | - | $ 30.33 | | $ 11,790.00 | $ 11,790.00 |
| 09-11-2019 | 5000 | $43.72 | $ 218,600.00 | 10-24-2019 | | 5000 | $ 31.50 | | $ 157,500.00 | 5000 | - | $ 30.33 | | $ 61,100.00 | $ 61,100.00 |
| 09-12-2019 | 200 | $44.04 | $ 8,808.00 | 10-16-2019 | 200 | | $ 39.81 | $ 7,962.00 | - | - | - | $ 30.33 | | $ 846.00 | |
| 09-12-2019 | 300 | $44.04 | $ 13,212.00 | 10-18-2019 | 300 | | $ 39.21 | $ 11,763.00 | - | - | - | $ 30.33 | | $ 1,449.00 | |
| 09-12-2019 | 1500 | $44.04 | $ 66,060.00 | 10-24-2019 | | 1500 | $ 31.50 | | $ 47,250.00 | 1500 | - | $ 30.33 | | $ 18,810.00 | $ 18,810.00 |
| **Total:** | **10,000.00** | | **$ 441,190.00** | | **500.00** | **9,500.00** | | **$ 19,725.00** | **$ 299250** | **9,500.00** | | | | **$ 122,215.00** | **$ 119,920.00** |

| Client Name | Michael J Conroy |
|---|---|
| Company Name | Twitter, Inc. |
| Ticker Symbol | TWTR |
| Security Type | |
| Class Period Start | 08-06-2019 |
| Class Period End | 10-23-2019 |
| 90-DAY Lookback Period Start | 10-24-2019 |
| 90-DAY Lookback Period End | 12-29-2019 |
| 90-DAY Lookback Average | $ 30.33 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST  M. Conroy | |
|---|---|
| LIFO Loss Total | $63,681.47 |
| *DURA  LIFO* Total* | $63,681.47 |
| Gross Shares Purchased | 4,200.00 |
| Net Shares Retained | 4,200.00 |
| Net Funds Expended | $190,674.12 |

### Michael J. Conroy

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 09-04-2019 | 985 | $45.3986 | $ 44,717.62 | 10-25-2019 | | 985 | $ 30.53 | | $ 30,072.05 | 985 | - | $ 30.33 | | $ 14,645.57 | $ 14,645.57 |
| 09-04-2019 | 100 | $45.3986 | $ 4,539.86 | 10-25-2019 | | 100 | $ 30.53 | | $ 3,053.00 | 100 | - | $ 30.33 | | $ 1,486.86 | $ 1,486.86 |
| 09-04-2019 | 115 | $45.3986 | $ 5,220.84 | 10-29-2019 | | 115 | $ 30.24 | | $ 3,477.60 | 115 | - | $ 30.33 | | $ 1,743.24 | $ 1,743.24 |
| 09-04-2019 | 3000 | $45.3986 | $ 136,195.80 | 10-31-2019 | | 3000 | $ 30.13 | | $ 90,390.00 | 3000 | - | $ 30.33 | | $ 45,805.80 | $ 45,805.80 |
| **Total:** | **4,200.00** | | **$ 190,674.12** | | | **4,200.00** | | | **$ 126992.65** | **4,200.00** | | | | **$ 63,681.47** | **$ 63,681.47** |

| Client Name | Rich Slepko |
|---|---|
| Company Name | Twitter, Inc. |
| Ticker Symbol | TWTR |
| Security Type | |
| Class Period Start | 08-06-2019 |
| Class Period End | 10-23-2019 |
| 90-DAY Lookback Period Start | 10-24-2019 |
| 90-DAY Lookback Period End | 12-29-2019 |
| 90-DAY Lookback Average | $ 30.33 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST  R. Slepko | |
|---|---|
| LIFO Loss Total | $227,176.67 |
| *DURA  LIFO* Total* | $227,176.67 |
| Gross Shares Purchased | 16,000.00 |
| Net Shares Retained | 16,000.00 |
| Net Funds Expended | $713,860.00 |

### Richard Slepko

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 09-09-2019 | 13000 | $45.15 | $ 586,950.00 | | | | | | | 13000 | 13000 | $ 30.33 | $ 394,249.56 | $ 192,700.44 | $ 192,700.44 |
| 09-10-2019 | 2000 | $43.15 | $ 86,300.00 | | | | | | | 2000 | 2000 | $ 30.33 | $ 60,653.78 | $ 25,646.22 | $ 25,646.22 |
| 09-24-2019 | 500 | $41.75 | $ 20,875.00 | 12-19-2019 | | 500 | $ 31.78 | | $ 15,890.00 | 500 | - | $ 30.33 | | $ 4,985.00 | $ 4,985.00 |
| 10-02-2019 | 500 | $39.47 | $ 19,735.00 | 12-19-2019 | | 500 | $ 31.78 | | $ 15,890.00 | 500 | - | $ 30.33 | | $ 3,845.00 | $ 3,845.00 |
| **Total:** | **16,000.00** | | **$ 713,860.00** | | | **1,000.00** | | | **$ 31780** | **16,000.00** | **15,000.00** | | **$ 454,903.33** | **$ 227,176.67** | **$ 227,176.67** |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| Twitter Investor Group | |
| LIFO Loss Total | $413,073.14 |
| *DURA  LIFO* Total* | $410,778.14 |
| Gross Shares Purchased | 30,200.00 |
| Net Shares Retained | 29,700.00 |
| Net Funds Expended | $1,325,999.12 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corretive disclosures matched to intra-class period purchases.