**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| KHAN M. HASAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>                    Defendants. | No. 4:19-cv-07149-YGR<br><br>**[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING THE TWITTER INVESTOR GROUP AS LEAD PLAINTIFF, AND APPROVING CO-LEAD COUNSEL**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers<br>Courtroom:    1, 4th Floor |
| KHAFRE BARCLIFT, on behalf of himself and all other similarly situated<br><br>                    Plaintiff,<br><br>     v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>                    Defendants. | No. 5:19-cv-07992-BLF |

Before this Court is the Twitter Investor Group's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel (the "Motion"). The Court, having considered the Motion and the accompanying Memorandum of Points and Authorities, and Declaration of Laurence D. King in Support of the Motion, finds that said Motion is well taken and, accordingly, it is hereby ORDERED that the Motion is GRANTED; as follows:

1. The Twitter Investor Group has moved this Court to consolidate the above-captioned actions. Consolidation pursuant to Federal Rule of Civil Procedure 42(a) is proper where actions involve common questions of law or fact. Finding that the above-captioned matters involve common questions of law and fact, the Court consolidates the above matters under Case No. 4:19-cv-07149-YGR and shall hereinafter bear the caption "In re Twitter, Inc. Securities Litigation."

2. The Twitter Investor Group has also moved this Court to be appointed as Lead Plaintiff in the now-consolidated Action and to approve the counsel it retained to be Co-Lead Counsel.

3. Having considered the provisions of Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), the Court hereby determines that members of the Twitter Investor Group are the most adequate plaintiffs and satisfy the requirements of the PSLRA. The Court hereby appoints the Twitter Investor Group as Lead Plaintiff to represent the interests of the class.

4. Pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B)(v), the Twitter Investor Group has selected and retained the law firms of Kaplan Fox & Kilsheimer LLP and Levi & Korsinsky, LLP to serve as Co-Lead Counsel. The Court approves the Twitter Investor Group's selection of Co-Lead Counsel for the Consolidated Action.

5. Pursuant to the Stipulation and Order Extending Time for All Defendants to Respond to Complaint and Continuing Case Management Conferences, entered November 27, 2019 [Dkt. 21], Lead Plaintiff will file its consolidated complaint within 45 days after entry of this Order.

- 2 -

1    IT IS SO ORDERED.

2

3   Signed this _____ day of _____, 2020.

4

5

6                                                    _____
                                                     HON. YVONNE GONZALEZ ROGERS
7                                                    UNITED STATES DISTRICT JUDGE