1  Laurence D. King (SBN 206423)
   Mario M. Choi (SBN 243409)
2  **KAPLAN FOX & KILSHEIMER LLP**
   1999 Harrison Street, Suite 1560
3  Oakland, CA 94612
   Telephone:  415-772-4700
4  Facsimile:   415-772-4707
   *lking@kaplanfox.com*
5  *mchoi@kaplanfox.com*

6  *Counsel for Movant the Twitter Investor Group*

7

8  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
9  **OAKLAND DIVISION**

| | |
|---|---|
| 10  KHAN M. HASAN, individually and on behalf of all others similarly situated, | No. 4:19-cv-07149-YGR |
| 11 | **CLASS ACTION** |
| 12                    Plaintiff, | |
| 13          v. | **CERTIFICATION OF LAURENCE D. KING PURSUANT TO CIVIL LOCAL RULE 3-7(d)** |
| 14  TWITTER, INC., JACK DORSEY, and NED SEGAL, | Judge:  Hon. Yvonne Gonzalez Rogers |
| 15                    Defendants. | Courtroom:  1, 4th Floor<br>Date:  February 4, 2020<br>Time:  2:00 p.m. |

17  [Additional Caption Below]

| | |
|---|---|
| KHAFRE BARCLIFT, on behalf of himself and all other similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>　　　　　　　Defendants. | Case No.: 5:19-cv-07992-BLF |

I, Laurence D. King, make this certification pursuant to Civil Local Rule 3-7(d) of the United States District Court for the Northern District of California:

I am seeking to serve as class counsel in this action, which is governed by the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995).

Exclusive of securities held through mutual funds or discretionary funds managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.

Executed this 30th day of December, 2019, in Oakland, California.

　　　　　　　　　　　　　　　　　　　/s/ *Laurence D. King*
　　　　　　　　　　　　　　　　　　　Laurence D. King