Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
*lking@kaplanfox.com*
*mchoi@kaplanfox.com*

*Counsel for Movant the Twitter Investor Group*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| KHAN M. HASAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>Defendants. | No. 4:19-cv-07149-YGR<br><br>**CLASS ACTION**<br><br>**CERTIFICATION OF MARIO M. CHOI PURSUANT TO CIVIL LOCAL RULE 3-7(d)**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers<br>Courtroom:   1, 4th Floor<br>Date:  February 4, 2020<br>Time:  2:00 p.m. |

[Additional Caption Below]

| | |
|---|---|
| KHAFRE BARCLIFT, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>Defendants. | Case No.: 5:19-cv-07992-BLF |

I, Mario M. Choi, make this certification pursuant to Civil Local Rule 3-7(d) of the United States District Court for the Northern District of California:

I am seeking to serve as class counsel in this action, which is governed by the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995).

Exclusive of securities held through mutual funds or discretionary funds managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.

Executed this 30th day of December, 2019, in Oakland, California.

/s/ *Mario M. Choi*
Mario M. Choi

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Laurence D. King, attest that concurrence in the filing of this document has been obtained from the signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of December, 2019, at Oakland, California.

/s/ *Laurence D. King*
Laurence D. King