POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant
and Proposed Lead Counsel for the Class*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| KHAN M. HASAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>Defendants. | Case No.: 4:19-cv-07149-YGR<br><br>NOTICE OF NON-OPPOSITION OF THE WESTON FAMILY PARTNERSHIP LLLP TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL<br><br><u>CLASS ACTION</u> |
| KHAFRE BARCLIFT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>Defendants. | Case No.: 5:19-cv-07992-BLF<br><br><u>CLASS ACTION</u> |

1 On December 30, 2019, the Weston Family Partnership LLLP (the "Weston Family Partnership") filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and Rule 42 of the Federal Rules of Civil Procedure, for the entry of an Order: (1) consolidating the above-captioned actions; (2) appointing the Weston Family Partnership as Lead Plaintiff in the Related Actions on behalf of all persons and entities who purchased Twitter, Inc. securities between August 6, 2019 and October 23, 2019, inclusive; and (3) approving the Weston Family Partnership's selection of Pomerantz LLP as Lead Counsel. Dkt. No. 28.

Having reviewed the competing motions before the Court, the Weston Family Partnership does not appear to have the largest financial interest in this litigation within the meaning of the PSLRA.  This notice of non-opposition shall have no impact on the Weston Family Partnership's membership in the proposed class or its right to share in any recovery obtained for the benefit of class members.

Dated:  January 8, 2020              Respectfully submitted,

POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant*

1
NOTICE OF NON-OPPOSITION OF THE WESTON FAMILY PARTNERSHIP LLLP TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL - 4:19-cv-07149-YGR; 5:19-cv-07992-BLF

## **PROOF OF SERVICE**

I hereby certify that on January 8, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        */s/ Jennifer Pafiti*
                                        Jennifer Pafiti