1  **LABATON SUCHAROW LLP**
   Christopher J. Keller
2  Eric J. Belfi
   Francis P. McConville
3  140 Broadway
4  New York, New York 10005
   Telephone: (212) 907-0700
5  Facsimile: (212) 818-0477
   ckeller@labaton.com
6  ebelfi@labaton.com
   fmcconville@labaton.com
7

8  *Counsel for Hakam Altohol*

9  **THE SCHALL LAW FIRM**
   Brian Schall (#290685)
10 Rina Restaino (#285415)
   1880 Century Park East, Suite 404
11 Los Angeles, California 90067
12 Telephone: (310) 301-3335
   Facsimile: (310) 388-0192
13 brian@schallfirm.com
   rina@schallfirm.com
14

15 *Local Counsel for Hakam Altohol*

16                **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| KHAN M. HASAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, AND NED SEGAL,<br><br>Defendants | Case No. 4:19-cv-07149-YGR<br><br>**CLASS ACTION**<br><br>**NOTICE OF NON-OPPOSITION OF HAKAM ALTOHOL TO COMPETING MOTIONS** |

1   Hakam Altohol ("Altohol") respectfully submits this notice with respect to the pending
2   motions for appointment as Lead Plaintiff and approval of selection of Lead Counsel.
3   On December 30, 2019, Altohol filed a motion seeking to be appointed Lead Plaintiff and
4   have his counsel appointed as Lead Counsel in the above-captioned action (the "Action").  *See*
5   ECF No. 26.  Based upon a review of the motions and supporting documentation provided by the
6   other movants seeking appointment as Lead Plaintiff, it appears that Altohol does not possess the
7   "largest financial interest in the relief sought by the class," as required by the Private Securities
8   Litigation Reform Act of 1995.  15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).
9   However, were the Court to determine that the other movants seeking appointment as
10  Lead Plaintiff are incapable or inadequate to represent the Class in this litigation, Altohol stands
11  ready, willing, and able to serve as Lead Plaintiff in the Action.  Altohol reserves any and all
12  rights to participate in any recovery in the Action.

DATED:  January 10, 2020

Respectfully submitted,

*/s/ Francis P. McConville*

**LABATON SUCHAROW LLP**
Christopher J. Keller
Eric J. Belfi
Francis P. McConville
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for Hakam Altohol*

**THE SCHALL LAW FIRM**
Brian Schall (#290685)
Rina Restaino (#285415)
1880 Century Park East, Suite 404
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (310) 388-0192
brian@schallfirm.com
rina@schallfirm.com

*Local Counsel for Hakam Altohol*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 10, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                              */s/ Francis P. McConville*
                                              Francis P. McConville