1
2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

3
4
5
6
7

| KHAN M. HASAN, Individually and on behalf of all others similarly situated, | Case No.: 4:19-cv-07149-YGR |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER APPOINTING CO-LEAD PLAINTIFFS AND APPROVING CO-LEAD COUNSEL |
| v. | |
| TWITTER, INC., JACK DORSEY, and NED SEGAL, | CLASS ACTION |
| Defendants. | Date: February 4, 2020<br>Time: 2:00 p.m.<br>Judge: Hon. Yvonne Gonzalez Rogers<br>Courtroom: 1 – 4th Floor |

8
9
10
11
12
13
14
15
16
17
18

| KHAFRE BARCLIFT, Individually and on behalf of all others similarly situated, | Case No.: 4:19-cv-07992-YGR |
|---|---|
| Plaintiff, | CLASS ACTION |
| v. | |
| TWITTER, INC., JACK DORSEY, and NED SEGAL, | |
| Defendants. | |

19
20

        Pursuant to Civil L.R. 7-12, the undersigned parties, by and through their respective counsel,

21

hereby stipulate as follows:

22

        WHEREAS, the statutory deadline to seek appointment as Lead Plaintiff in the above-captioned

23

actions (the "Related Actions") pursuant to Exchange Act Section 21D(a)(3)(B), as amended by the

24
25
26
27
28

Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B), was December 30, 2019;

WHEREAS, the following putative class members filed motions that day seeking appointment as Lead Plaintiff and approval of their respective selections of Lead Counsel: (i) the Weston Family Partnership LLLP (the "Weston Family Partnership") (ECF. No. 28); (ii) Thomas Do, Michael J. Conroy, and Richard Slepko (the "Twitter Investor Group") (ECF. No. 31); and (iii) Hakam Altohol ("Altohol") (ECF. No. 26);

WHEREAS, pursuant to Civil L.R. 7-3(a), any oppositions to the foregoing motions were due to be filed on January 13, 2020;

WHEREAS, on January 8, 2020, due to a clerical error, a notice was erroneously filed stating that the Weston Family Partnership did not oppose the competing motions before the Court (ECF. No. 35);

WHEREAS, on January 10, 2020, Altohol filed a notice of non-opposition to the competing motions (ECF. No. 36);

WHEREAS, on January 13, 2010, the Twitter Investor Group filed a notice that its motion was unopposed (ECF No. 37);

WHEREAS, also on January 13, 2020, upon discovery of the aforementioned clerical error, the Weston Family Partnership withdrew its statement of non-opposition (ECF. No. 38) and filed a memorandum of law in further support of its own appointment and in opposition to the appointment of the Twitter Investor Group (the "Opposition Brief") (ECF. No. 39);

WHEREAS, its counsel having communicated with the Twitter Investor Group's counsel, the Weston Family Partnership's concerns stated in its Opposition Brief regarding the Twitter Investor Group's adequacy within the meaning of Rule 23 have been addressed and the Twitter Investor Group's concerns regarding the Weston Family Partnership's counsel's clerical error have similarly been addressed;

1

WHEREAS, as required by the PSLRA, both the Weston Family Partnership and the Twitter

2

Investor Group have: (i) alleged significant financial interests in this litigation; and (ii) made a *prima*

3

*facie* showing that they satisfy the adequacy and typicality requirements of Rule 23;

4

WHEREAS, on January 21, 2020, Weston Family Partnership and the Twitter Investor conducted

5

a conference call and agreed that the interests of the putative class will be best served by a combined

6

7

group, utilizing the resources of both movants and their respective selections of counsel—for the Weston

8

Family Partnership, Pomerantz LLP ("Pomerantz"), and for the Twitter Investor Group, Kaplan Fox &

9

Kilsheimer LLP ("Kaplan Fox") and Levi & Korsinsky, LLP ("Levi & Korsinsky");

10

WHEREAS, the Weston Family Partnership and the Twitter Investor Group agreed to work

11

together to supervise the conduct of this litigation by their counsel, to ensure that counsel coordinate

12

13

appropriately to avoid any duplication of effort in the conduct of the litigation, and to obtain the best

14

possible outcome for the putative class of investors;

15

IT IS HEREBY STIPULATED, that subject to the Court's approval, the Weston Family

16

Partnership and the Twitter Investor Group agree to serve as Co-Lead Plaintiffs in the Action, with their

17

respective choices of counsel, Pomerantz and Kaplan Fox, serving as Co-Lead Counsel, and Levi &

18

19

Korsinsky serving as additional counsel for the putative Class. Pomerantz, Kaplan Fox, and Levi &

20

Korsinsky shall maintain contemporaneous billing records of all time spent litigating the case and shall

21

provide the Court with updates as to such billing as the Court may instruct. No other law firms shall

22

work on this action for the putative class without prior approval of the Court.

23

24

Respectfully submitted,

25

Dated: January 21, 2020

POMERANTZ LLP

26

27

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024

28

Telephone: (310) 405-7190
jpafiti@pomlaw.com

POMERANTZ LLP
Jeremy A. Lieberman
(*admitted pro hac vice*)
J. Alexander Hood II
(*admitted pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for the Weston Family Partnership LLLP and Proposed Co-Lead Counsel for the Class*

Dated: January 21, 2020

KAPLAN FOX & KILSHEIMER LLP

*/s/ Laurence D. King*
Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
1999 Harrison Street, Suite 1560
Oakland, California 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
lking@kaplanfox.com
mchoi@kaplanfox.com

KAPLAN FOX & KILSHEIMER LLP
Robert N. Kaplan
(*pro hac vice application forthcoming*)
Frederic S. Fox
(*pro hac vice application forthcoming*)
Donald R. Hall
(*pro hac vice application forthcoming*)
Jeffrey P. Campisi
(*pro hac vice application forthcoming*)
850 Third Avenue
New York, New York 10022
Telephone: (212) 687-1980
Facsimile: (212)
rkaplan@kaplanfox.com
ffox@kaplanfox.com
dhall@kaplanfox.com
jcampisi@kaplanfox.com

1

2

*Counsel for the Twitter Investor Group and*
*Proposed Co-Lead Counsel for the Class*

3

Dated: January 21, 2020

LEVI & KORSINSKY, LLP

4

*/s/ Adam C. McCall*

5

Adam C. McCall (SBN 302130)
Adam Apton (SBN 316506)

6

388 Market Street, Suite 1300
San Francisco, California 94104

7

Telephone: (415) 373-1671
Email: amccall@zlk.com

8

Email: aapton@zlk.com

9

LEVI & KORSINSKY, LLP

10

Shannon L. Hopkins

11

(*pro hac vice application forthcoming*)
111 Summer Street, Suite 403

12

Stamford, Connecticut 06905
Telephone: (203) 992-4523

13

Facsimile: (213) 363-7171
Email: shopkins@zlk.com

14

15

*Counsel for the Twitter Investor Group and*
*Proposed Additional Counsel for the Class*

16

PURSUANT TO STIPULATION, IT IS SO ORDERED.

17

18

19

DATED: _____

_____
HON. YVONNE GONZALEZ ROGERS

20

UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

4
STIPULATION AND [PROPOSED] ORDER
APPOINTING CO-LEAD PLAINTIFFS AND APPROVING CO-LEAD COUNSEL – 4:19-cv-07149-YGR; 4:19-cv-07992-YGR

PROOF OF SERVICE

I hereby certify that on January 21, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System

/s/ Jennifer Pafiti

_____

Jennifer Pafiti