Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

KHAN M. HASAN,                                )
                                             )   Case No: 4:19-cv-7149-YGR
                     Plaintiff(s),            )
                                             )   **APPLICATION FOR**
            v.                                )   **ADMISSION OF ATTORNEY**
TWITTER, INC., et al.,                        )   **PRO HAC VICE**
                                             )   (CIVIL LOCAL RULE 11-3)
                                             )
                     Defendant(s).            )
_____          )

I, Shannon L. Hopkins                    , an active member in good standing of the bar of
Connecticut                    , hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Twitter Investment Group                    in the
above-entitled action. My local co-counsel in this case is Adam M. Apton                    , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Levi & Korsinsky, LLP, 1111 Summer Street, Suite 403, Stamford, CT 06905 | Levi & Korsinsky, LLP, 388 Market Street, Suite 1300, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: (203) 992-4523 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 373-1671 |
| MY EMAIL ADDRESS OF RECORD: shopkins@zlk.com | aapton@zlk.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 435545        .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 1/27/2020                              Shannon L. Hopkins
                                        _____
                                                   APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Shannon L. Hopkins        is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated:
                                        _____
                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*