# State of Connecticut
# Supreme Court

I, **Carolyn C. Ziogas,** Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

Do hereby certify, that, in the Superior Court at **Stamford** on the **24th** day of **January, 2014**

**Shannon L. Hopkins**

of

**Stamford, Connecticut**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.

In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day **March 7, 2019**



Carolyn C. Ziogas
Chief Clerk