Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

KHAN M. HASAN,

    Plaintiff(s),

v.

TWITTER, INC., et al.,

    Defendant(s).

Case No: 4:19-cv-7149-YGR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** AND ORDER
(CIVIL LOCAL RULE 11-3)

I, Shannon L. Hopkins, an active member in good standing of the bar of Connecticut, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Twitter Investment Group in the above-entitled action. My local co-counsel in this case is Adam M. Apton, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Levi & Korsinsky, LLP, 1111 Summer Street, Suite 403, Stamford, CT 06905 | Levi & Korsinsky, LLP, 388 Market Street, Suite 1300, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (203) 992-4523 | (415) 373-1671 |
| MY EMAIL ADDRESS OF RECORD: | |
| shopkins@zlk.com | aapton@zlk.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 435545.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 1/27/2020

                                                Shannon L. Hopkins
                                                     APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Shannon L. Hopkins is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 29, 2020

                                      UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE
                                      YVONNE GONZALEZ ROGERS