UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Twitter Inc. Securities Litigation )
) Case No: 4:19-cv-07149- YGR
)
) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
THIS DOCUMENT RELATES TO: ) **PRO HAC VICE**
) (CIVIL LOCAL RULE 11-3)
ALL ACTIONS )
)
)

I, Tamar A. Weinrib, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: The Weston Family Partnership in the above-entitled action. My local co-counsel in this case is Jennifer Pafiti, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 600 Third Avenue, 20th Floor<br>New York, NY  10016 | 1500 Glendon Avenue, 15th floor<br>Los Angeles, CA 90024 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 661-1100 | (310) 405-7190 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| taweinrib@pomlaw.com | jpafiti@pomlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4304283.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated:  February 19, 2020                                     Tamar A. Weinrib
                                                                                         APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Tamar A. Weinrib is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                                                                         UNITED STATES DISTRICT/MAGISTRATE JUDGE