**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
lking@kaplanfox.com
mchoi@kaplanfox.com

[Additional Attorneys on Signature Page]

*Attorneys for Twitter Investor Group and Co-Lead Counsel for the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE TWITTER, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 4:19-cv-07149-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers<br>Ctrm:   1, 4th Floor |

**WHEREAS**, this action is a proposed class action alleging violations of the federal securities laws against Twitter, Inc. ("Twitter"), Jack Dorsey and Ned Segal (collectively "Defendants");

**WHEREAS**, on November 22, 2019, the Court so ordered a joint stipulation that provided, among other things, that within 45 days following the appointment of a lead plaintiff, a consolidated complaint will be filed, and set forth a briefing schedule for Defendants' anticipated motion to dismiss (ECF No. 21);

**WHEREAS**, on February 12, 2020, the Court so ordered the appointment of the Weston Family Partnership LLLP and the Twitter Investor Group as lead plaintiffs ("Lead Plaintiffs") (ECF No. 45);

**WHEREAS**, absent an extension of time, a consolidated complaint is due to be filed on March 30, 2020; Defendants' motion to dismiss is due to be filed on May 14, 2020; Lead Plaintiffs'

opposition to Defendants' motion to dismiss is due to be filed on June 29, 2020; and Defendants' reply is due to be filed on July 29, 2020;

**WHEREAS**, counsel for Lead Plaintiffs and Defendants in the above-captioned action have conferred and respectfully submit that good cause exists for a brief extension of fourteen (14) days for all deadlines in light of the COVID-19 public health emergency and related closures of the offices of counsel for Lead Plaintiffs and the mandatory shelter-in-place orders affecting counsel in California for Defendants and Lead Plaintiffs; and

**IT IS ACCORDINGLY STIPULATED**, by and between the undersigned counsel for the parties, that:

1. Lead Plaintiffs shall file the consolidated complaint on or before April 13, 2020;

2. Defendants shall move, answer or otherwise respond to the consolidated complaint within 60 days after the consolidated complaint is filed and served;

3. Lead Plaintiff shall file any opposition to any motion to dismiss within 60 days of Defendants' response to the consolidated complaint; and

4. Defendants shall file any reply in support of any motion to dismiss within 45 days of Lead Plaintiffs' opposition.

**IT IS SO STIPULATED.**


DATED: March 23, 2020

Respectfully submitted,

| LATHAM & WATKINS, LLP | KAPLAN FOX & KILSHEIMER LLP |
|---|---|
| By:  /s/ *Michele D. Johnson*        Michele D. Johnson | By:  /s/ *Laurence D. King*        Laurence D. King |
| Michele D. Johnson (Bar No. 198298)  michele.johnson@lw.com  650 Town Center Drive, 20th Floor  Costa Mesa, California 92626-1925  Telephone:  +1.714.540.1235  Facsimile:  +1.714.755.8290 | Laurence D. King (SBN 206423)  Mario M. Choi (SBN 243409)  1999 Harrison Street, Suite 1560  Oakland, CA 94612  Telephone:  415-772-4700  Facsimile:  415-772-4707  lking@kaplanfox.com  mchoi@kaplanfox.com |

| | | |
|---|---|---|
| 1 | Elizabeth L. Deeley (Bar No. 230798)<br>    elizabeth.deeley@lw.com | **KAPLAN FOX & KILSHEIMER LLP**<br>Robert N. Kaplan (*pro hac vice* to be filed) |
| 2 | 505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538 | Jeffrey P. Campisi (*pro hac vice* to be filed)<br>Jason A. Uris (*pro hac vice* to be filed) |
| 3 | Telephone: +1.415.391.0600<br>Facsimile: +1.415.395.8095 | 850 Third Avenue; 14th Floor<br>New York, New York 10022 |
| 4 | | Telephone: (212) 687-1980<br>Facsimile: (212) 687-7714 |
| 5 | Hilary H. Mattis (Bar No. 271498)<br>    hilary.mattis@law.com | *rkaplan@kaplanfox.com* |
| 6 | 140 Scott Drive<br>Menlo Park, CA 94025-1008 | *jcampisi@kaplanfox.com*<br>*juris@kaplanfox.com* |
| 7 | Telephone: +1.650.328.4600<br>Facsimile: +1.650.463.2600 | *Counsel for the Twitter Investor Group and Co-* |
| 8 | Andrew B. Clubok (*pro hac vice*) | *Lead Counsel for the Proposed Class* |
| 9 |     Andrew.clubok@lw.com<br>555 Eleventh Street, N.W., Suite 1000 | **POMERANTZ LLP**<br>Jeremy A. Lieberman (*pro hac vice*) |
| 10 | Washington, D.C. 20004-1304<br>Telephone: +1.202.637.2200 | Tamar Weinrib (*pro hac vice*)<br>600 Third Avenue, 20th Floor |
| 11 | Facsimile: +1.202.637.2201 | New York, NY 10016<br>Telephone: (212) 661-1100 |
| 12 | *Attorney for Defendants Twitter, Inc.,*<br>*Jack Dorsey and Ned Segal* | Facsimile: (212) 661-8665<br>*jalieberman@pomlaw.com* |
| 13 | | *taweinrib@pomlaw.com* |
| 14 | | *Counsel for the Weston Family Partnership*<br>*LLLP and Co-Lead Counsel for the Proposed* |
| 15 | | *Class* |
| 16 | | **LEVI & KORSINSKY, LLP**<br>Shannon L. Hopkins (*pro hac vice*) |
| 17 | | Sebastian Tornatore (*pro hac vice* to be filed)<br>Michael Keating (*pro hac vice* to be filed) |
| 18 | | 111 Summer Street, Suite 403<br>Stamford, Connecticut 06905 |
| 19 | | Telephone: (203) 992-4523<br>Facsimile: (213) 363-7171 |
| 20 | | *shopkins@zlk.com*<br>*stornatore@zlk.com* |
| 21 | | *mkeating@zlk.com* |
| 22 | | *Counsel for the Twitter Investor Group and*<br>*Additional Counsel for the Proposed Class* |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Laurence D. King, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of March, 2020, at Oakland, California.

                /s/ *Laurence D. King*
                Laurence D. King

**[PROPOSED] ORDER**

Pursuant to the Stipulation, Lead Plaintiffs' deadline to file their consolidated complaint is extended to April 13, 2020. Defendants shall move, answer or otherwise respond to the consolidated complaint within 60 days after the consolidated complaint is filed and served. Lead Plaintiff shall file any opposition to any motion to dismiss within 60 days of Defendants' response to the consolidated complaint. Defendants shall file any reply in support of any motion to dismiss within 45 days of Lead Plaintiffs' opposition.

**IT IS SO ORDERED.**

DATED: _____

HON. YVONNE GONZALEZ ROGERS
United States District Court Judge