## CERTIFICATION

I, Richard Slepko, hereby certify and swear as follows:

1. I have reviewed the consolidated complaint against Twitter, Inc., Jack Dorsey, and Ned Segal alleging violations of the securities laws and authorize the filing of a lead plaintiff motion;

2. I am willing to serve as a representative party on behalf of a class, or to be a member of a group representing a class, including providing testimony at deposition and trial, if necessary;

3. Other than this action, I have not within the 3-year period preceding the date hereof sought to serve, or served, as a representative party on behalf of a class in an action brought under the federal securities laws;

4. My transactions in Twitter's common stock during the proposed class period are set forth below:

| Security | Transaction | Trade Date | Shares | Price per Share |
| --- | --- | --- | --- | --- |
| Twitter, Inc. | Sell | 7/26/2019 | (1,500) | $41.88 |
| Twitter, Inc. | Sell | 7/26/2019 | (5,000) | $42.15 |
| Twitter, Inc. | Buy | 9/9/2019 | 13,000 | $45.15 |
| Twitter, Inc. | Buy | 9/10/2019 | 2,000 | $43.15 |
| Twitter, Inc. | Buy | 9/24/2019 | 500 | $41.75 |
| Twitter, Inc. | Buy | 10/2/2019 | 500 | $39.47 |

5. I did not purchase Twitter's common stock at the direction of my counsel or in order to participate in any private action under the federal securities laws; and

6. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April ____, 2020
4/8/2020

DocuSigned by:
*Richard Slepko*
6E8F55CAFBD24CA...
RICHARD SLEPKO