# APPENDIX A – ALLEGED FALSE AND MISLEADING STATEMENTS:

|   | DATE & SOURCE | CHALLENGED STATEMENT OR OMISSION |
|---|---|---|
| 1. | July 26, 2019<br><br>Compl. ¶ 104 | "In the Q2 2019 Shareholder Letter, Defendants represented that '**We are also continuing our work to increase the stability, performance, and flexibility of our ads platform and mobile application download product**' and that '**Increasing the stability, performance, and scale of our ads platform in general and our mobile application download product in particular will take place over multiple quarters, with a gradual impact on revenue**.'"<br><br>"Defendant Segal repeated these representations on a conference call with investors and analysts the same day. Moreover, regarding the progress of MAP improvements, Defendant Segal stated: . . . '…**We're still in the middle of that work** and as we move forward with it, there may be a point where you can see the benefit from it ramp quickly as you described because it's a direct response related product. **But we're still at the stage where we believe that you would see its impact be gradual in nature**. And so we'll talk more about it when we get there and the gradual nature starts, but we're not there yet. We're still working hard to make it happen.'" |
| 2. | July 31, 2019<br><br>Compl. ¶ 107 | "On July 31, 2019, Defendants filed Twitter's Q2 2019 10-Q, signed by Defendants Dorsey and Segal, which represented that Defendants are '**continuing our work to increase the stability, performance and scale of our ads platform and our mobile application download product, and such work will take place over multiple quarters, and any positive revenue impact will be gradual in its impact**.'" |
| 3. | July 31, 2019<br><br>Compl. ¶ 109 | "The Q2 2019 10-Q additionally contained generic warnings of potential risks stating that 'Our products and services **may contain undetected software errors, which could harm our business and operating results**'; 'If new or enhanced products, product features or services fail to engage users, content partners and advertisers, **we may fail** to attract or retain users or to generate sufficient revenue or operating profit to justify our investments, and our business and operating results could be adversely affected' and that '**changes to existing products**, services and initiatives **could fail** to attract users, content partners, advertisers and platform partners or generate revenue.'" (Emphasis added). |
| 4. | July 31, 2019<br><br>Compl. ¶ 111 | "The Q2 2019 10-Q also contained SOX certifications signed by Defendants Dorsey and Segal, that represented, in part, the following: '2. Based on my knowledge, **this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading** with respect to the period covered by this report;'" |
| 5. | August 6, 2019<br><br>Compl. ¶ 113 | "On August 6, 2019, Defendants caused Twitter to issue a tweet stating, 'We **recently discovered and fixed** issues related to your settings choices for the way we deliver personalized ads, and when we share certain data with trusted |

| | DATE & SOURCE | CHALLENGED STATEMENT OR OMISSION |
|---|---|---|
| | | measurement and advertising partners' while also linking to a statement on Twitter's help center that claimed '**We fixed these issues on August 5, 2019**.'" |
| 6. | September 4, 2019<br><br>Compl. ¶ 115 | "On September 4, 2019, Defendant Segal attended the Citi Global Technology Conference in New York City ('9/4/19 Citi Conference').  Defendant Segal represented that '**our MAP work is ongoing**'; Twitter '**continued to sell the existing MAP product**;' and that Twitter had made improvements to MAP. |
| 7. | September 4, 2019<br><br>Compl. ¶ 118 | "Also at the 9/4/19 Citi Conference, in response to an analyst's question about the Company's international 'monetization,' or revenue, Defendant Segal stated:  'So **our strength just varies** from one period to another and **one geography to another based on our success in doing that**. The ad formats that have worked in the United States have worked in the United States have tended to be the ones that have worked in other parts of the world as well. **But we do have some markets that have been more MAP-focused. Asia, for example, has tended to be more MAP-focused historically.** But the hope and the intent is that we're coming out with compelling ad formats that work all over the world, not just in certain geographies.'" |