1  LATHAM & WATKINS LLP
   Michele D. Johnson (Bar No. 198298)
2     michele.johnson@lw.com
   650 Town Center Drive, 20th Floor
3  Costa Mesa, California 92626-1925
   Telephone: +1.714.540.1235
4  Facsimile: +1.714.755.8290

5  Elizabeth L. Deeley (Bar No. 230798)
      elizabeth.deeley@lw.com
6  505 Montgomery Street, Suite 2000
   San Francisco, California 94111-6538
7  Telephone: +1.415.391.0600
   Facsimile: +1.415.395.8095
8
   Hilary H. Mattis (Bar No. 271498)
9     hilary.mattis@law.com
   140 Scott Drive
10 Menlo Park, CA 94025-1008
   Telephone: +1.650.328.4600
11 Facsimile: +1.650.463.2600

12 Andrew B. Clubok (*pro hac vice*)
   Susan E. Engel (*pro hac vice*)
13    andrew.clubok@lw.com
      susan.engel@lw.com
14 555 Eleventh Street, N.W., Suite 1000
   Washington, D.C. 20004-1304
15 Telephone: +1.202.637.2200
   Facsimile: +1.202.637.2201
16
   Attorneys for Defendant T*witter, Inc.,*
17 *Jack Dorsey and Ned Segal*

18
19                    UNITED STATES DISTRICT COURT
20                   NORTHERN DISTRICT OF CALIFORNIA
21                           OAKLAND DIVISION

22 | IN RE TWITTER, INC. SECURITIES | Case No.: 4:19-cv-07149-YGR
   | LITIGATION |
23 | | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**
24 |
25 | This Document Relates To: | Date: October 13, 2020
   | | Time: 2:00 p.m.
26 | ALL ACTIONS | Courtroom: 1
   | | Hon: Yvonne Gonzalez Rogers
27
28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE DEFENDANTS' MOT. TO
DISMISS THE CON. CLASS ACTION COMPLAINT
Case No.: 4:19-cv-07149-YGR

# [PROPOSED] ORDER

This matter is before the Court on Defendants Twitter, Inc. ("Twitter"), Jack Dorsey and Ned Segal's (collectively "Defendants") Motion to Dismiss the Consolidated Class Action Complaint ("CAC"). After consideration of the briefs and arguments of counsel and all other matters presented, the Court concludes that Twitter's motion to dismiss should be granted for the following reason, the CAC fails to state a claim as a matter of law under Federal Rules of Civil Procedure 9(b) and 12(b)(6).

Accordingly, IT IS HEREBY ORDERED THAT Twitter's Motion to Dismiss the Consolidated Class Action Complaint is **GRANTED**, and the Consolidated Class Action Complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____           By: _____
                                      Honorable Yvonne Gonzalez Rogers
                                      United States District Judge