# Exhibit 2




**Twitter Support** ✓
@TwitterSupport

We recently discovered and fixed issues related to your settings choices for the way we deliver personalized ads, and when we share certain data with trusted measurement and advertising partners. We want to share more context around this with you:



An issue with your settings choices related to ads on Twitter
🔗 help.twitter.com

4:03 PM · Aug 6, 2019 · Twitter Web App

**233** Retweets   **418** Likes

