# Exhibit 3

 Help Center

# An issue with your settings choices related to ads on Twitter

At Twitter, we want to give you control over your data, including when we share that data. Of course, those options are only good if we follow the choices you make, and we recently found issues where your settings choices may not have worked as intended. This may have resulted in two things:

- If you clicked or viewed an advertisement for a mobile application and subsequently interacted with the mobile application since May 2018, we may have shared certain data (https://help.twitter.comhttps://developer.twitter.com/en/docs/ads/measurement/api-reference/conversion-event.html) (e.g., country code, if you engaged with the ad and when, information about the ad, etc) with trusted measurement (https://help.twitter.comhttps://help.twitter.com/safety-and-security/data-through-partnerships) and advertising partners, even if you didn't give us permission to do so.

- As part of a process we use to try and serve more relevant advertising on Twitter and other services since September 2018, we may have shown you ads based on inferences (https://help.twitter.comhttps://help.twitter.com/about-personalization-across-your-devices) we made about the devices you use, even if you did not give us permission to do so. The data involved stayed within Twitter and did not contain things like passwords, email accounts, etc.

We fixed these issues on August 5, 2019. We know you will want to know if you were personally affected, and how many people in total were involved. We are still conducting our investigation to determine who may have been impacted and If we discover more information that is useful we will share it.

What is there for you to do? Aside from checking your settings (https://help.twitter.comhttps://twitter.com/settings/account/personalization), we don't believe there is anything for you to do.

You trust us to follow your choices and we failed here. We're sorry this happened, and are taking steps to make sure we don't make a mistake like this again. If you have any questions, you may contact Twitter's Office of Data Protection through this form (https://help.twitter.comhttps://twitter.ethicspointvp.com/custom/twitter/forms/data/form_data.asp).