# Exhibit 7



Citi Global Technology Conference 2019
New York, New York
September 4, 2019

**QUESTION AND ANSWER**

**Ned D. Segal, Twitter, Inc. - CFO**
(technical difficulty) -- somebody who isn't working on health sees an opportunity to remove spammy and suspicious behavior to make it so that people can trust the information they see on the service or feel safe being a part of the conversation, we want them to drop everything and do that instead.  And then from a resourcing perspective, meaning that we work hard to make sure that those teams are adequately staffed before we turn to other things.

Second, is to think about growing the audience that uses Twitter through conversation but also through being more events and topics-focused and the other work that we do to make sure that people can find what they're looking for on Twitter so that they're more likely to come back more frequently.

Third is, we talk about our ad products and our sales team.  We want to continue to innovate around formats, we want to make sure that people are using the right copy; that they understand that best ways to launch new products and services and connect with what's happening as an advertiser on Twitter, making sure that our salespeople are in the right geographies all over the world.

And then, lastly, to work hard to make sure that the platform that we use to deliver Twitter is as robust as can be so that the service is always available so the people who are designing Twitter are working on a platform where they can get work done quickly so that they enjoy what they're doing, they can do it with ease, and they can refer their friends to come work at Twitter as well.

**Kevin Toomey, Citi - Analyst**
So you mentioned improving the health of the platform.  You've been working on that for a few years now.  How would you characterize the progress you've made in improving security and the overall quality of the Twitter experience?

**Ned D. Segal, Twitter, Inc. - CFO**
Well, we feel like we've made good progress on health, but we have a lot more work to do.  And this isn't someday we'll show up at a conference one day and say, "Great news, we're done with health, and we're moving on."  This is something that will always be a focus for us.

And when we look at progress, there are a few different ways to think about it.  And sometimes it will roll up to and, ultimately, it must roll up to more people using Twitter because they feel like they can trust the information that they see on the service, because they feel comfortable being a part and feel safe being a part of the conversation, whether they are reading through something or participating in the conversation themselves.

We work hard to remove spammy and suspicious behavior, we work hard to be proactive so that people don't need to report things to us.  We work hard to make sure that our policies are

easy to understand and well understood by the people who use the service.  A lot of things roll up to those, but there's a lot of other work around health, and we feel like we've made good progress but a lot more work for us to do.

**Kevin Toomey, Citi - Analyst**
And so when should we expect these investments to begin to taper, recognizing that you have a lot more work to do?

**Ned D. Segal, Twitter, Inc. - CFO**
I don't have a timeframe to offer.  And a big reason I don't have a timeframe to offer is because this is a big problem, which we expect to be around for a long time.  We want to approach it with really clear policies.  We want to approach it first with technology.  When we see a problem around health, we first think about how we can use technology to solve it.  And then we know that we also need a team of people behind the technology to help with some of the more complicated situations that could present themselves.

**Kevin Toomey, Citi - Analyst**
So you've seen improving MDAU growth over the past couple of quarters.  How are you able to drive accelerating user growth?

**Ned D. Segal, Twitter, Inc. - CFO**
Well, when you think about the improvements that we make to the service, they compound over time.  So the work that we did a year ago to make it so that you could follow a whole timeline around an event, whether it was the World Cup or a congressional election, benefits the people who come to Twitter today as well as all the work that we did last quarter.

And so when the improvements continue to compound they're intended to drive DAU growth over long periods of time, not just in the period in which we deliver the improvement.

We're proud of the 9% going to 11% going to 14% over the last couple of quarters, but we have a lot more work to do to get the rest of the world to use Twitter as well.

**Kevin Toomey, Citi - Analyst**
What steps are you taking now to improve the conversion of initial sign-ups and retention near the top of the funnel?

**Ned D. Segal, Twitter, Inc. - CFO**
Well, we want it to be easier to follow a conversation.  We want it to be easier to be a part of the conversation.  So there are a lot of things around conversations that we think are -- because Tweets are the lifeblood of Twitter.  And so if it's not easy for people to Tweet, if it's not easier for people to follow the conversation, they're going to go somewhere else to find what's happening in the world and what people are talking about.

We think a lot about events and topics as an area where we can do a lot to help people find what they're working for.  Although we follow accounts, we really come to Twitter because something happened, and we want to learn more about it.  It could be a sporting event, it could be a political event, something around entertainment, something at our neighborhood, and making timelines around those events helps a lot.  Making the type ahead search work in a way where you don't have a guess what the hashtag is and ultimately allowing people to follow events and topics, hashtags, effectively, as opposed to just accounts is part of the work, but there's a lot more we can do around events and topics.

We also have to help people get set up on Twitter faster.  We shouldn't have to answer a bunch of question to be put into a timeline.  If we know what brought you to Twitter, and we know where you are, we know what kind of device you're on, we should be able to put you into a timeline pretty quickly and then iterate with you over time to help the timeline continue to improve.

So those are three areas that I'd point out, but there's lots more that we could get into as well.

**Kevin Toomey, Citi - Analyst**
And just -- you mentioned advertising earlier.  In terms of advertising spend, what are you doing to make Twitter more attractive to marketers and increase their spending on the platform?

**Ned D. Segal, Twitter, Inc. - CFO**
The first thing is to drive clarity around the best use cases for Twitter. We want them to use Twitter to launch new products and services, we want them to use it to connect to what's happening.  If you've got a new series on your over-the-top television that you want people to watch, Twitter is a great place to come to talk about it, to engage with the fans who -- the people hopefully will become fans of your show to get them to download your app and become a part of the community that cares about that show.

If you have a new device, a new consumer device that you want people to learn more about and hopefully buy, it's a great place to launch that product.  It's also a great place to connect with what's happening.  So, whether it's the Super Bowl when 30 of the 38 advertisers who are on TV were also on Twitter advertising at the same time.  Or there's an event that's happening somewhere in the world and an advertiser wants to be part of what people are thinking about and wants to be part of the conversation around that event, we're a great place for them to come.  So the clarity of the reasons that they should use Twitter has helped a bunch.

Second is we continue to work hard to deliver better ROI for them, that can be through better relevance, it can be through better formats, it could even be through better copy. We've talked for the last couple of quarters about how more than half of the video ads on Twitter actually are longer than 15 seconds. The most successful video ads on Twitter tend to be 6 seconds.

So there's work for us, there's opportunity for us even without selling another ad, to just have the existing ads be more effective through being copy that's more relevant to our service as opposed to wherever else the copy might have been run.

**Kevin Toomey, Citi - Analyst**
What would you say are the -- maybe the one or two key hurdles that you still need to overcome to gain more share of the advertising budget?

**Ned D. Segal, Twitter, Inc. - CFO**
Well, I'll share our two priorities for the ad product team this year.  We've talked about our ads platform, and that there's a lot of work for us to do to make it into components, to make it more scalable, to make it so we can move faster, test things faster and attract great engineers who want to work on our ads platform.  That's been a big undertaking for us.  So, too, has improving our MAP which is mobile application promotion ad product. It is not as effective as it should be.  It takes longer than it should to start a campaign.  We give people too many choices and ultimately those things all affect the ROI that an advertiser gets.  Both of those are long-term projects, they're things that where you won't see an immediate pay-off from

3

them, but they're things that ought to deliver returns for advertisers and ultimately for all of our stakeholders over time.  But we've got work to do still on both of those.

**Kevin Toomey, Citi - Analyst**
What are the factors in getting more relative stability in both CPE and engagement?  And then how do you think about the contribution from each, going forward?

**Ned D. Segal, Twitter, Inc. - CFO**
Well, cost per engagement is going to move around from one period to another based on geography strengths, based on ad formats, based on completion of ads.  And so there are a lots of different things that go into it.  It's moved around a bunch over the last couple of years.  I'll share -- we don't really forecast it internally.  It's an output of all of the other work that we do and not the thing that we think about driving.  If it goes down a lot, the ad engagements go up, and advertisers are happy; we're happy, too.

You asked about engagement, the way we think about engagement is, if we can get people to find what they're looking for on Twitter, they will come back more frequently, they'll be more likely to be a part of the conversation and everything else follows and works out just fine.  We've been pleased with how engagement has played out for some time, and we're most focused on just getting people to find what they are looking for when they come to Twitter.

**Kevin Toomey, Citi - Analyst**
How would you characterize the trends in CPM more like-for-like pricing on the platform that you're seeing?

**Ned D. Segal, Twitter, Inc. - CFO**
We mentioned on the earnings call back in July that when the CP declines, where some combination of mix shift and like-for-like, the pricing evolves from one season to another based on the events and topics that are driving people to the service based on the ad campaigns that are running, so they're going to continue to move around from one period to another.

**Kevin Toomey, Citi - Analyst**
Okay.  Expenses are increasing around 20% or so this year.  The focus on health, work, ad sales and products, why is 20% the right number and are you more likely to come in above or below that number?  And what would factor into that?

**Ned D. Segal, Twitter, Inc. - CFO**
It's too early to say where we come in relative to the approximate 20% that we've talked about.  When we think about expense growth, it's an output of a lot of important decisions that we make.  The first is establishing what our priorities are.  The second is thinking about how we can balance delivering near-term profits or returns with investing in all of our priorities.  We also think about how many people we can responsibly interview, on-board, and have become productive members of the team all at once while maintaining our great culture and our high bar for talent. When you balance all those things, that approximately 20% has felt right for this year, just like the approximately -- or the 16% or so headcount growth that we had last year felt right for the last year.

**Kevin Toomey, Citi - Analyst**
Just bigger-picture question -- what's been your overall takeaway on regulation and how are you thinking about regulation in the US, going forward?

4

**Ned D. Segal, Twitter, Inc. - CFO**
Well, we work hard to engage with regulators all over the world to make sure that they understand our priorities; to make sure they understand how we think about data and privacy; to make sure that they understand that we view privacy as a basic human right; that we want to be really transparent with people what data we use that we give them choice, and that it's their data and not ours.

There are lots of conversations ongoing all around the world around regulation, and we generally find that when we're engaged with regulators, and they understand our priorities, that having a seat at table tends to help as the conversation continues.  But we're in a pretty dynamic environment around regulation.  GDPR is a great example of how something can play out okay, where we and others had lots of time to put our thoughts together around how we were going to roll out new policies and ask people all the questions that we needed to ask to make sure that we were using their data appropriately and only collecting the data that they would allow us to.  With lots of time in advance, with one set of policies that covered a whole continent, we were able to roll it out without challenges.  That would be a model that you'd hope would play out in other parts of the world as well as opposed to having 50 different GDPRs in the United States as an example.

**Kevin Toomey, Citi - Analyst**
Okay.   Just shifting back to advertising for a second.  US advertising revenue grew 29% year-over-year in the second quarter.  What were the primary drivers of that strength and what's resonating well with US advertisers?

**Ned D. Segal, Twitter, Inc. - CFO**
Well, the topics -- when we talk about launching new products and services, and we talk about connecting with what's happening, it's really resonating with the largest advertisers all over the world, and the U.S. did come back to growth and later than the rest of the world did.  Remember our business recovery began in the first half of 2017 outside of the United States.  Then it came to United States in the second half of last year.

And so the growth that you saw in the first half of this year was just the results of continuing that dialogue around launching new products and services, connecting with what's happening, better relevance and great formats.  When you are about $3 billion of a $200 billion advertising market, $100 billion or more of which is online, there is a lot of market share to ask for and it's our job to go out and deliver great outcomes for advertisers in the U.S. and all over the world so that we can earn the right to ask for more.

**Kevin Toomey, Citi - Analyst**
And then how should investors think about the international opportunity and the opportunity in Japan given that it's a larger market for you?

**Ned D. Segal, Twitter, Inc. - CFO**
Japan is a large market for us.  It's one where we saw a lot of success last year and the year before.  We had real inroads with the couple of agencies that are most prominent in Japan last year, and some of the ad formats that we rolled out really resonated with the advertisers there.  And so we grew in the 60s, and year-over-year in Q2 of last year in the 40s in Japan in Q3 of last year, and we continue to deliver in Japan but against tougher comps in what is an important market for us.

5

When we look at other markets, we've been really pleased with the DAU growth, which is the foundation of any revenue opportunity that we have and it's what helps us realize our purpose of serving the public conversation for everybody in the world.  And so DAU growth ultimately should lead to revenue whether you are in Brazil or India or other parts of the world where we've seen some recent success.

**Kevin Toomey, Citi - Analyst**
Is there anything from an engagement or user perspective that you've learned in Japan that could translate to other markets?

**Ned D. Segal, Twitter, Inc. - CFO**
There are things that we learned in Japan that we're able to apply to other places, but there are also things in one market or another that may not translate as well.  Some of the things that we've learned in Japan that we were able to take elsewhere are that because you can say more with 140 characters in Japanese than you can in other languages like English, we expanded the character count in languages where more characters would help, so that fewer Tweets are abandoned and that has worked out well.  We see fewer Tweets abandoned and the length of the Tweet hasn't really changed. We removed the Tweet anxiety, if you will.

Second is we found people exhausting their timelines in Japan.  They were on a long train ride, and they got all the way to the bottom, and so we created Bookmarks, which was -- we found that people were DMing themselves Tweets to save them.  And so we made it so that they had a file where they could keep the Tweets that they wanted to come back to so they can read them on the train ride home.

Those are two good examples of the things that we took from Japan and brought to other places, but we also learned things in other geographies and applied them to the rest Twitter as well.

**Kevin Toomey, Citi - Analyst**
Great.  And just shifting gears a little bit, could you talk us through the company's live video strategy and how it's impacted impressions and engagement?

**Ned D. Segal, Twitter, Inc. - CFO**
Well, when we think about live video that can be a lot of different things.  That could be a Tweet from you, where you're sharing something that's happening that you want people to know about.  It could be licensed content where we have a revenue share with a content partner, and they are showing live at-bats on Twitter for Major League Baseball or the ISO-cam where you can watch an alternative angle of an NBA on TNT game.  It could be the presidential debates.

Those are all opportunities for us to augment the conversation that's already happening on Twitter around those events with live content, where it's important that the video renders, it's important that when you scroll down that the video goes to bottom of the screen so you can have the video and screen while you're still seeing the Tweets.  It's important that the content partner finds us easy to work with and that the revenue shares to the extent there are revenue shares are fair, and they feel like they're getting a return for the work that they do with us.

So we think about all those things, but it really comes back to a live video just being another way that people can share what's happening in the world, and what people are

talking about.  And another way that people can be a part of a conversation that's probably happening around that topic or event whether there is live video on Twitter around it or not.

**Kevin Toomey, Citi - Analyst**
I think you mentioned the presidential debates. And just looking back, how much of a tailwind in the past have election years been for Twitter and/or the Olympics have been for Twitter? And why could that be different or not different in looking forward to next year?

**Ned D. Segal, Twitter, Inc. - CFO**
One of the great things about Twitter is there's always an election happening on Twitter, whether it's the presidential elections in Mexico and Brazil or when 600 million people voted in the Prime Minister elections in India a few months ago, or the lead-up to, and the election in the United States that we'll have next year, there are always elections happening on Twitter. And so the conversation around those from people who want to hear from the other side, from people who want to talk to people who agree with them from the candidates tends to be a great way and a great use case for Twitter.

We've learned a lot from previous elections and worked hard to apply that in each of the following elections, whether it's around spammy and suspicious behavior, or whether it's around discovery and making sure that it's easier for people to find the content that they are looking for.

You may have noticed during the midterms in 2018 that there was an events timeline around each congressional election.  So instead of having to search for the Tweets by the hashtag associated with your congressional district, you could type in the name of the candidate, you could type in the precinct, and you would go to a timeline that told you both the recap and the latest Tweets that were coming up around that election.  So making it easier for people to find what they're looking for helps a lot around an election.

You probably also know that the political advertising isn't a big business for us.  So we think about these things less about the dollars associated with the political ads and more about just an opportunity to serve our purpose because Twitter is such such a great place to go to find out what's happening when something is playing out in real-time like an election.

**Kevin Toomey, Citi - Analyst**
You mentioned the mobile app product earlier.  Why is it taking so long to roll it out and address the DR community?  Where are you now in that initiative?

**Ned D. Segal, Twitter, Inc. - CFO**
So our MAP work is ongoing. When you want to rebuild a product from the bottom up, and you want to make sure you get it right where you make it so that somebody can launch a campaign quickly, so that you're not giving them so many choices that it's a confusing experience, when you want to improve the relevance so that they can drive more downloads with fewer impressions. You want to make sure you get it right. You want to allow people to test it.  When the tests come back you want to learn from them and apply the learning, sometimes going back and iterating further on some of the improvements that you've done. And it's just a process that takes time as you do it.

We've continued to sell the existing MAP product but people know that new one is coming, and we haven't really talked about a timeline around it.  And we've also shared with people that we

7

don't expect there to be a big reveal around it.  It's the kind of thing that ought to have impact over time.

When it does start to have impact, one of the great things about it is that it ought to give us a path to more direct response-related advertising because that same work that we need to do to improve the effectiveness of a MAP campaign should help us with more further down the funnel advertising as well.

**Kevin Toomey, Citi - Analyst**
Okay. So bigger picture, this transition from less effective ad formats to allocate more resources in support of revenue product priorities, is clearly a powerful medium and long-term driver, but a headwind in the near term.  When do we flip from a headwind to a tailwind, is that a matter of months, quarters, years?

**Ned D. Segal, Twitter, Inc. - CFO**
We haven't put a timeline around it, and there are a few different things at play.  One is, I'll draw back to the example that we talked about in July, where we deprecated a handful of ad formats, which are difficult near-term decisions because they can impact revenue.  But they are easy long-term decisions because they both allow us to prioritize what we believe is higher return work.  And they also can shift the conversation with advertisers from something that wasn't working as well, that wasn't going to work as well for them as another format might be to the thing that they can -- that we'd rather see them advertise on Twitter.

**Kevin Toomey, Citi - Analyst**
Okay.  I want to make sure I give the audience some time to answer some questions, I'll ask one more.

**Ned D. Segal, Twitter, Inc. - CFO**
I think they want me to answer them, but they might want to ask.

**Kevin Toomey, Citi - Analyst**
So just thinking about China, do you have any observations on the environment there and what could be the impact of Twitter just from the trade war?

**Ned D. Segal, Twitter, Inc. - CFO**
Sure.  Well, China has been an important market for us over the last couple of years where we've helped brands in China advertise outside of China.  They may have a game that they want people to download.  They may have a washing machine that they want people to buy.  And they've used Twitter as a way to launch new products and services and to connect with what's happening all over the world, in particular, in a bunch of the Asian markets.

We continue to support Chinese brands, when they want to advertise on Twitter, because the trade discussions that are ongoing seem to be more focused on China and the US, and a lot of these ads tend to not be seen in the United States, they tend to be seen in other Asian markets. It may have less impact on us, but we'll have to see how it all plays out.

**Kevin Toomey, Citi - Analyst**
Okay, do we have any questions in the audience?  Okay, I can keep going.  Oh --

**Unidentified Analyst**
Just looking at some of the other social media platforms, you're starting to see a pivot towards commerce and payments.  And I was just curious, given Dorsey owns Square as well, if there would be any collaboration on that front or if there's any plan towards crypto or anything like that on Twitter?

**Ned D. Segal, Twitter, Inc. - CFO**
Thanks for the question.  So the work we're doing around MAP hopefully will lead to more direct response-related advertising opportunities for us.  So I think it will start there.  As we're able to work away further down the funnel that could lead to other advertising opportunities over time.  We think about using digital ledgers as a way to do lots of different things on Twitter. But where it's all in the idea stage right now, it's nothing that we're ready to share or nothing that we're doing a lot of engineering work around now.

**Kevin Toomey, Citi - Analyst**
Okay.  Just going back to the international side of the business, which has been particularly strong as of late, I was just wondering if you could talk a little bit about why the particular strength in monetization outside the US?  Is there a particular ad format, type, or advertiser category, in particular, that you have success with?

**Ned D. Segal, Twitter, Inc. - CFO**
International isn't one market.  It's so many different markets for us, and each of them has different characteristics.  The events and topics that drive people to India during the cricket championship are different than the dynamics that drive people to Twitter in Brazil at the time of presidential election or a fire in the Amazon or something else that might attract them to Twitter in Brazil.

And so international is a combination of all of these topics and events in all of these different geographies, and our ability to talk to advertisers and convince them that we're a place for them to go to launch new products and services and connect with what's happening.  So our strength just varies from one period to another and one geography to another based on our success in doing that.

The ad formats that have worked in the United States have worked in the United States have tended to be the ones that have worked in other parts of the world as well.  But we do have some markets that have been more MAP-focused.  Asia, for example, has tended to be more MAP focused historically.  But the hope and the intent is that we're coming out with compelling ad formats that work all over the world, not just in certain geographies.

**Kevin Toomey, Citi - Analyst**
Okay.  And how would you characterize the breadth of where that growth is coming from internationally?  Is it driven by a few particular markets or is it pretty widespread?

**Ned D. Segal, Twitter, Inc. - CFO**
Well, it's widespread but there is still -- there are lots of opportunity for us in some of the emerging markets emerging for Twitter, places where there are lots of people, where the smart phone growth and access to the Internet is rapidly evolving, and where they still care a lot about what's happening in the world and what people are talking about.  And so, we see lots of opportunity for us in India, in Brazil, in the Middle East and in Africa.  And the work for us is to make sure that we're solving the same problems all over the world that can make it easier and easier for people to find the things that they're looking

9

for.  Europe and Japan have been larger for us than some of those emerging markets but, over time, the work is for us is to make those emerging markets as important for our business as the more developed ones are today.

**Kevin Toomey, Citi - Analyst**
So is it widespread enough that it's not too concentrated?  That you could see hiccups if one advertiser or a group of advertisers pulled back?  Or would you have others step in?  Is there a way to think about that?

**Ned D. Segal, Twitter, Inc. - CFO**
I suppose there is always the possibility that something in one country or if one advertiser or one group of advertisers can have broader impact.  But when you think about how Twitter is built up, it's some of the largest advertisers in the world who are running campaigns around new products and services.  We're trying to connect with big global events and sometimes very localized events to a country or even to a part of a country.  And whereas years ago, we may have been more focused on one geography than another other from a audience or from a advertiser perspective, the business is so global right now, the audience is so global, the events and topics that happen on Twitter are so global that it's less likely to have impact that way than it maybe it would have been in the past.

**Kevin Toomey, Citi - Analyst**
Okay.  I'll open it up to the audience again to see if we have any questions.  Okay, just sticking with international, how should we think about profitability there?  You know, is it higher or lower than in the US?  Just how should we think about the comparison?

**Ned D. Segal, Twitter, Inc. - CFO**
We haven't broken out our profitability by geography.  As you can imagine, we'd be less profitable in some of the countries where the ad opportunity is still developing or where the audience opportunity is still developing.

We also have one Twitter, so we don't break out the product and develop it differently in one place versus another.  So you'd have to start thinking about how to allocate product investment across geographies, and I am not sure if that would make a ton of sense.

But we invest in countries where we see opportunity to grow over time, and we think less about near-term profitability when we think about one geography versus another.

**Kevin Toomey, Citi - Analyst**
Okay.  And then -- so we discussed -- just going back to expenses, we discussed the 20% growth.  How should investors think about headcount this year and the impact that could have on margins?

**Ned D. Segal, Twitter, Inc. - CFO**
So we grew headcount about 16% last year, and we've said it would be closer to 20% this year.  The headcount is our largest investment when we think about how we allocate resources.  And when we hire people, we're thinking about many years and careers not about quarters and a year even.  And when you hire people in one year sometimes they're only with you for a part of that year, but you certainly hope they're with you for all of the following year. And so the expenses accumulate as the headcount grows.

And so we don't make those decisions lightly.  We make them thinking about people's careers, we make them thinking about the work that we have not just this quarter or this year but the work that we want to accomplish over longer periods of time.

So, when we do that, we think about health, and we think about growing the audience, and we think about the ads platform and growing sales.  And then work on the underlying technology that grows that helps us to deliver and grow Twitter and make those decisions very carefully.

When we think about our margins, remember last year we delivered the target EBITDA margins that we've talked about.  And we just have to carefully balance our ability to deliver those margins with the opportunities that we see to deliver Twitter to the whole world.  And we want to make sure that we don't squander the opportunity to have rest of world use Twitter, just to deliver near-term margins.

**Kevin Toomey, Citi - Analyst**
I want to give the opportunity if we have a question in the audience.

**Unidentified Analyst**
How's it going?

**Kevin Toomey, Citi - Analyst**
Great.

**Unidentified Analyst**
So it feels like I can't listen to some sort of think tank in DC, you talked about sort of Internet and regulations, about Section 230 of the Internet or the Communications Act coming up.  Can't listen to many sort of conservative people not talk about, sort of de-platforming.  Hard to open up the paper and not hear about something around Europe, around data privacy and protection.  As you sort of think about sort of the risks to the industry, anyone that sort of collects data, right, or has a platform, where they can de-platform someone.  Which of those are most important and which are sort of least important to you?

And, for investors, how should they think about Twitter relative to the other companies that are out there in terms of are you more insulated to these risks versus other companies, less insulated?  How would you sort of frame that.  Thanks.

**Ned D. Segal, Twitter, Inc. - CFO**
Okay, so two questions -- one, what's the greatest risk and, two, how do we think about ourselves relative to others?  Let me just take the second one first. We don't really think about ourselves relative to others, we try to think about ourselves on an absolute basis because that's the thing that we can control.

And we choose to be really transparent with regulators and with consumers and with advertisers, what data we'll ask for, how we will use it and to whom it belongs.  And we find that if we're really transparent that people -- that's an important way to build trust with all of those constituents who are all really important to our future.

So, we feel good about that, but there's always work for us to do to continue to improve, whether it's having more dialog with regulators, or continuing to find ways to simplify our policies and be more transparent to the people who use the service.  Or articulating to advertisers how it

11

is that we'll use data or how they'll contract for third-party data or what they can get from us and what they can't get from us in terms of targeting.

When we think about the existential risk and what might be greatest, it's hard to handicap what might be of greater risk given in such a dynamic environment where there might be one thing that is of greater risk in one part of world and another that is more significant in yet another part. So, instead, we try to think about being transparent, being really clear how we use people's data, giving them choice, and making it clear that they own their data. And sharing that with everybody who is a stakeholder around these things so that when they think about Twitter and when they think about policy, when they think about the decisions they have to make as a consumer, as a regulator, as an advertiser, that they know how to think about Twitter.

**Kevin Toomey, Citi - Analyst**
We have time for one more question from the audience if anyone has one.  All right, then I'll give you one opportunity to sum things up.  What makes you most excited about Twitter as we look forward?

**Ned D. Segal, Twitter, Inc. - CFO**
I'll tell you, the thing that makes me most excited about Twitter is the thing that brought me to the company, or one of the things that made me most excited to join the company a couple of years ago, which is, every day tons of people come to Twitter looking for something.  And so there are lots of companies that are trying to create interest in their product.  And we have tremendous interest in Twitter.  People all around the world care about topics and events.  They all want to know what's happening in the world and what people are talking about.  The topics and events that they care about might be different than the topics that you care about or I care about, but we all have things that we want to learn more about in real time in a personalized and social way.

And so the work for us is to make it easier and easier for them to find the things that they're looking for.  We feel like we're moving faster than we used to.  We feel like the DAU growth that we talked about at the beginning 9% going to 11% going to 14% is a great way to demonstrate some of the progress that we're making, but we know there's so much more work in front of us to deliver for all those people who are coming to Twitter every day.

**Kevin Toomey, Citi - Analyst**
Okay, thank you, Ned.

**Ned D. Segal, Twitter, Inc. - CFO**
Thank you, Kevin.