LATHAM & WATKINS LLP
Michele D. Johnson (Bar No. 198298)
  michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

Elizabeth L. Deeley (Bar No. 230798)
  elizabeth.deeley@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Hilary H. Mattis (Bar No. 271498)
  hilary.mattis@lw.com
140 Scott Drive
Menlo Park, CA 94025-1008
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Andrew B. Clubok (*pro hac vice*)
Susan E. Engel (*pro hac vice*)
  andrew.clubok@lw.com
  susan.engel@lw.com
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

Attorneys for Defendants *Twitter, Inc., Jack Dorsey and Ned Segal*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE TWITTER, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No.: 4:19-cv-07149-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Date: October 13, 2020<br>Time: 2:00 p.m.<br>Courtroom: 1<br>Hon: Yvonne Gonzalez Rogers |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE DEFENDANTS' RJN ISO
MOT. TO DIS. THE CON. CLASS ACTION
COMPLAINT
Case No.: 4:19-cv-07149-YGR

**[PROPOSED] ORDER**

Defendants Twitter Inc. ("Twitter"), Jack Dorsey and Ned Segal (collectively "Defendants") have requested that the following exhibits be deemed incorporated by reference in the Consolidated Class Action Complaint ("Complaint"), or, in the alternative, be subject to judicial notice:

Exhibit 1:  The Annual Report on Form 10-K of Twitter, Inc. for the period ended December 31, 2018, as filed with the Securities and Exchange Commission ("SEC") on February 21, 2019;

Exhibit 2:  A screenshot of a Tweet entitled "Twitter Support on Twitter," available at https://twitter.com/TwitterSupport/status/1158876245716697089 (last accessed June 10, 2020);

Exhibit 3:  A webpage entitled "An issue with your settings choices related to ads on Twitter," available at https://help.twitter.com/en/ads-settings (last accessed June 3, 2020);

Exhibit 4:  The Quarterly Report on Form 10-Q of Twitter, Inc. for the period ended September 30, 2019, as filed with the SEC on October 29, 2019;

Exhibit 5:  The Q2 2019 Shareholder Letter of Twitter, Inc., Exhibit 99.1 to the Form 8-K, filed with the SEC on July 26, 2019;

Exhibit 6:  The Quarterly Report on Form 10-Q of Twitter, Inc. for the period ended June 30, 2019, as filed with the SEC on July 31, 2019;

Exhibit 7:  Twitter, Inc.'s Question and Answer Presentation at the Citi Global Technology Conference 2019, dated September 4, 2019, available for download from https://s22.q4cdn.com/826641620/files/doc_downloads/2019/Citi-2019-Transcript.pdf/ (downloaded on June 3, 2020);

Exhibit 8:  The Responses and Objections to KBC Asset Management NV's Fifth Set of Interrogatories to Defendant Twitter, Inc., filed as Exhibit 20 to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, *In re Twitter, Inc. Securities Litigation,* Case No. 4:16-CV-05314-JST(SK) (N.D. Cal. filed Sept. 16, 2016) (Dkt. No. 413-6);

Exhibit 9:  The Declaration of Michael Nierenberg, filed as Exhibit 1 to Defendants' Administrative Motion to File Under Seal Defendants' Motion for Summary Judgement, *In re*

*Twitter, Inc. Securities Litigation,* Case No. 4:16-CV-05314-JST(SK) (N.D. Cal. filed Sept. 16, 2016) (Dkt. No. 340);

Exhibit 10: The Statement of Changes of Beneficial Ownership of Securities on Form 4 of Twitter, Inc. on behalf of Ned D. Segal, as filed with the SEC on August 14, 2019;

Exhibit 11: The Statement of Changes of Beneficial Ownership of Securities on Form 4 of Twitter, Inc. on behalf of Ned D. Segal, as filed with the SEC on September 3, 2019;

Exhibit 12: The Statement of Changes of Beneficial Ownership of Securities on Form 4 of Twitter, Inc. on behalf of Ned D. Segal, as filed with the SEC on September 12, 2019; and

Exhibit 13: The Statement of Changes of Beneficial Ownership of Securities on Form 4 of Twitter, Inc. on behalf of Ned D. Segal, as filed with the SEC on October 9, 2019.

These documents are properly considered by the Court on Twitter's Motion to Dismiss because (1) they are incorporated by reference into the Complaint, and (2) the facts contained therein are subject to judicial notice under Federal Rule of Evidence 201.

The Court, having considered Defendants' request, and good cause appearing therefrom, hereby concludes that that: (1) Exhibits 1-9 to the Engel Declaration are incorporated by reference into the Complaint, and (2) Exhibits 1-13 are properly subject to judicial notice.

**IT IS SO ORDERED.**

Dated: _____   By: _____
Honorable Yvonne Gonzalez Rogers
United States District Judge