# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

| **Date:** 11/10/2020 | **Time:** 2:29pm-3:04pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.**: 19-cv-07149-YGR | **Case Name: IN RE TWITTER INC. SECURITIES LITIGATION**. | |

**Attorney for Plaintiff:** Mario Choi
**Attorney for Defendant Twitter:** Michele Johnson and Hillary Mattis
**Attorney for Movant Weston Family Partnership:** Tamar Weinrib
**Attorneys for Movant Twitter Investment Group**: Shannon Hopkins and Jeffrey Campisi

**Deputy Clerk:** Frances Stone          **Court Reporter:** Pam Hebel

### PROCEEDINGS
Motion to Dismiss [Dkt. No. 53]- HELD via Zoom Webinar and SUBMITTED.