# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

| | |
|---|---|
| Name of U.S. District Court: | Northern District of California |
| U.S. District Court case number: | 4:19-cv-07149 |
| Date case was first filed in U.S. District Court: | 10/29/2019 |
| Date of judgment or order you are appealing: | 12/10/2020 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

[X] Yes   [ ] No   [ ] IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

The Weston Family Partnership LLLP
The Twitter Investor Group

Is this a cross-appeal?   [ ] Yes   [X] No

If Yes, what is the first appeal case number? _____

Was there a previous appeal in this case?   [ ] Yes   [X] No

If Yes, what is the prior appeal case number? _____

Your mailing address:

Pomerantz LLP

600 Third Avenue, 20th Floor

City: New York   State: NY   Zip Code: 10016

Prisoner Inmate or A Number (if applicable): _____

**Signature**   s/ Jeremy A. Lieberman   **Date**   12/17/2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)*

**Form 1**   *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

The Weston Family Partnership LLLP

Name(s) of counsel (if any):

Jeremy A. Lieberman

Address: Pomerantz LLP, 600 Third Avenue, 20th Floor, NY, NY 10016

Telephone number(s): (212)-661-1100

Email(s): jalieberman@pomlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ☒ Yes   ☐ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Twitter, Inc.
Jack Dorsey
Ned Segal

Name(s) of counsel (if any):

Michele Johnson

Address: Latham & Watkins LLP, 650 Town Center Drive, 20th floor, Costa Mesa, CA 92626.

Telephone number(s): 714.540.1235

Email(s): michele.johnson@lw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                  1                            *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

> The Twitter Investor Group

Name(s) of counsel (if any):

> Jeffrey Campisi

Address: Kaplan Fox & Kilsheimer LLP, 850 Third Ave, 14th Fl. NY, NY 10022

Telephone number(s): (212) 687-1980

Email(s): jcampisi@kaplanfox.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ☒ Yes   ☐ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                         *2*                                    New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

> The Twitter Investor Group

Name(s) of counsel (if any):

> Shannon Hopkins

Address: Levi & Korsinsky LLP, 111 Summer Street, Suite 403, Stamford, CT 06905

Telephone number(s): (203)-992-4523

Email(s): shopkins@zlk.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ☐ Yes  ☒ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    2                    *New 12/01/2018*