**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE TWITTER, INC. SECURITIES LITIGATION,** | Case No.: 19-CV-7149 YGR<br><br>**ORDER** |

The Court understands that plaintiffs have appealed the Order Granting Defendants' Motion to Dismiss (Dkt. No. 64) to the Ninth Circuit Court of Appeals. (Notice of Appeal, Dkt. No. 65.) Accordingly, as plaintiffs do not intend to file an amended complaint, the Clerk of Court shall close the case as it is deemed dismissed.

**IT IS SO ORDERED.**

Date:   December 22, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**