Laurence D. King (SBN 206423)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
Email: *lking@kaplanfox.com*

Jeffrey P. Campisi (admitted *pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7715
Email: *jcampisi@kaplanfox.com*

*Attorneys for Plaintiff Khan M. Hasan*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE TWITTER, INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:19-cv-07149-YGR<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY** |

TO:  THE COURT, COUNSEL, AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that effective today, July 12, 2021, Mario M. Choi is no longer affiliated with the law firm of Kaplan Fox & Kilsheimer LLP and should be withdrawn as counsel for Plaintiff Khan M. Hasan in this action.  Plaintiff Khan M. Hasan will continue to be represented by other attorneys on the record for Kaplan Fox & Kilsheimer LLP in this action.

DATED: July 12, 2021

**KAPLAN FOX & KILSHEIMER LLP**

By:   /s/ *Laurence D. King*
        Laurence D. King

Laurence D. King
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:   415-772-4707

**KAPLAN FOX & KILSHEIMER LLP**
Jeffrey P. Campisi (admitted *pro hac vice*)
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980
Fax: (212) 687-7715

*Attorneys for Plaintiff Khan M. Hasan*