UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 14 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WESTON FAMILY PARTNERSHIP LLLP and THE TWITTER INVESTOR GROUP,<br><br>   Plaintiffs - Appellants,<br><br>and<br><br>KHAN M. HASAN and KHAFRE BARCLIFT,<br><br>   Plaintiffs,<br><br> v.<br><br>TWITTER, INC.; et al.,<br><br>   Defendants - Appellees. | No. 20-17465<br><br>D.C. No. 4:19-cv-07149-YGR<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

The judgment of this Court, entered March 23, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7